```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------x
     UNITED STATES OF AMERICA,
 3                                        13 CR 584(WFK)
                versus
 4                                        U.S. Courthouse
     DARYAN WARNER,                       225 Cadman Plaza East
 5                                        Brooklyn, NY 11201
                          Defendant.      October 18, 2013
 6   ------------------------------------x

 7             TRANSCRIPT OF CRIMINAL CAUSE FOR GUILTY PLEA

 8               BEFORE THE HONORABLE WILLIAM KUNTZ

 9               UNITED STATES DISTRICT JUDGE

10                        APPEARANCES

11   For the Government:    LORETTA LYNCH
                            UNITED STATES ATTORNEY
12                          EASTERN DISTRICT OF NEW YORK
                            271 Cadman Plaza East
13                          Brooklyn, New York 11201
                            BY: DARREN LAVERNE, ESQ.
14                              EVAN NORRIS, ESQ.
                            Assistant United States Attorneys
15

16   For the Defendant:     BRAFMAN & ASSOCIATES, PC
                            767 Third Avenue
17                          New York, New York 10017
                            BY:  BENJAMIN BRAFMAN, ESQ.
18                               JOSHUA KIRSCHAHNER, ESQ.

19

20

21   Court Reporter:        LISA SCHMID, CCR, RMR
                            Official Court Reporter
22                          225 Cadman Plaza East
                            Brooklyn, New York 11201
23                          Phone:  718-613-2644
                            Fax:  718-613-2379
24
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.
```

```
 1              THE CLERK:  All rise.

 2              THE COURT:  Call the case.

 3              THE CLERK:  We are here for a miscellaneous motion

 4     hearing, Docket Number 13 MC 863.

 5              Counsel, will you please state your appearances for

 6     the record?  Speak directly into the microphones and spell

 7     your names for the court reporter.

 8              MR. LAVERNE:  Good morning, Your Honor.  Darren

 9     LaVerne for the United States with Evan Norris, as well.

10     D-A-R-R-E-N, L-A-V-E-R-N-E.  Evan Norris, E-V-A-N,

11     N-O-R-R-I-S.

12              Good morning, Your Honor.  Thank you for

13     accommodating us today.  Thank you and your staff.

14              THE COURT:  I live to serve.  Good morning.  Please

15     be seated.

16              MR. BRAFMAN:  Good morning, Your Honor.  Benjamin

17     Brafman and Josh Kirschahner.  It's B, as in "boy," R-A-F as

18     in "Frank," M-A-N.  Kirschahner is K-I-R-S-C-H-A-H-N-E-R, and

19     we represent the defendant, John Doe, who is now present in

20     the courtroom.

21              THE COURT:  Yes.  Thank you, counsel.  You may be

22     seated, as well.

23              Are there any other counsel who wish to state their

24     appearance for the record?

25              (No response.)
```

```
 1              THE COURT:  All right.  Ladies and gentlemen, we are
 2    here to conduct a public hearing on the motion of the United
 3    States for an order to close the courtroom during the unnamed
 4    defendant's guilty plea, and to use the name "John Doe" for
 5    the defendant's name on the docket sheet, court calendars and
 6    all documents not filed under seal, and to seal the transcript
 7    of, and exhibits to these proceedings, and any orders and/or
 8    minute entries associated with the proceeding.  Notice of this
 9    motion was publically filed on the docket yesterday, more than
10    24 hours ago, including the time and place of this hearing.
11              Now, I have in my possession certain documents which
12    are relevant to this proceeding.  The first is the
13    Government's cover letter in connection with the motion to
14    close the courtroom and to file documents under seal, which
15    was publically filed on the docket October 17th, 2013.  Cover
16    letter indicates the hearing is being conducted in Courtroom
17    6H North on October 18th, 2013, at 10 a. m.  We started a
18    little bit late, but we've started.  The letter also indicates
19    that the sealed motion to close the courtroom and the proposed
20    closure order to provide to the defendant and defendant's
21    counsel.
22              And I have marked the cover letter as Court Exhibit
23    1 for identification, and of course, it is under seal.  The
24    second document is the Government's motion to close the
25    courtroom and file documents under seal, dated October 17th,
```

1    2013.  The motion was filed under seal.  The motion was

2    provided to the defendant and the defendant's counsel.  I have

3    marked it as Court Exhibit 2 for identification.  It is and

4    will remain under seal.  And the third document is the

5    Government's proposed order to close the courtroom and file

6    documents under seal.  I've marked the proposed order as Court

7    Exhibit 3 for identification and of course, it is under seal.

8           The public and the press have a qualified First

9    Amendment right of access to criminal proceedings; therefore,

10   the power to close the courtroom during such proceedings is

11   one to be very seldom exercised and even then only with the

12   greatest of caution under urgent circumstances and for very

13   clear and apparent reasons.  Therefore, before determining

14   whether the closure of the courtroom is warranted, this Court

15   must make findings on the record in open court to demonstrate

16   the need for the exclusion.

17          The first issue the Court must determine is whether

18   there exists any quote, unquote, substantial probability of

19   prejudice to a compelling interest of the defendant, the

20   Government or third party which closure of the courtroom would

21   prevent.

22          Secondly, where there is a substantial probability

23   of prejudice to a compelling interest is found, the Court must

24   consider whether reasonable alternatives to closure can

25   adequately protect the compelling interest that would be

1    prejudiced by public access.

2            Thirdly, if such alternatives are inadequate to

3    protect the compelling interest, the Court must determine

4    whether the prejudice of the compelling interest overrides the

5    qualified First Amendment right of access.

6            Fourth and finally, if the Court finds the closure

7    is warranted, the Court must devise a closure order that

8    protects the endangered interests and is narrowly tailored to

9    that purpose.

10           With the these standards in mind, the Court will now

11   hear from the parties and if anyone from the public who wishes

12   to be heard.

13           MR. LAVERNE:  Your Honor, first, the Government

14   would confirm that it did, in fact, yesterday afternoon, file

15   on the public docket notice of the proceeding here today,

16   provided the time and place of the proceeding.  I also spoke

17   with the Court's deputy and ensured that a notice was

18   published in the Court's calendar yesterday, reflecting the

19   proceeding here this morning.

20           I think our reasons for sealing and closing the

21   courtroom are set out at length in the sealed document that

22   was filed with Your Honor.  We will rest on those arguments in

23   the papers and ask for closing and sealing on that basis.

24           THE COURT:  Thank you.

25           I will hear from defense counsel.

```
 1            MR. BRAFMAN:  Your Honor, we agree.

 2            THE COURT:  You may remain seated, sir.  Just use

 3    the microphone.  Thank you.

 4            MR. BRAFMAN:  Your Honor, we agree that the

 5    proceeding should be sealed for the reasons set out in the

 6    documents filed by the Government, copies of which have been

 7    provided to us.  We are joining in that motion.  We think it's

 8    in the best interest of the defendant personally that these

 9    proceedings remain sealed at this time, and we waive his right

10    to appear in a public courtroom.

11            THE COURT:  Thank you, sir.

12            Are there any members of the public who wish to be

13    heard with respect to this?

14            (No response.)

15            THE COURT:  Hearing none, "Upon consideration of the

16    joint motion of the United States of America and the

17    defendant, John Doe, whose counsel filed under seal for an

18    order to close the courtroom during the defendant's guilty

19    plea, to use the name 'John Doe' as the defendant's name on

20    the docket sheet, court calendars and all documents not filed

21    under seal, and to seal the transcript of the proceeding, and

22    any orders in connection with and minute entries associated

23    with the proceeding and this order, having scheduled a public

24    hearing on the motion and notified the public of the hearing

25    by listing the date, the time, the location of the hearing on
```

1    the public docket and the Court's public calendar, and having

2    held a public hearing on the motion in which the parties and

3    any intervenors were provided the opportunity to be heard,

4    based on the written submissions of the parties and their oral

5    arguments made today, the Court makes the following findings:

6            One, there is a substantial probability that the use

7    of the defendant's name on the docket sheet, court calendars

8    and all documents not filed under seal in this matter would

9    prejudice the compelling interest of the Government and the

10   integrity of significant Government activities entitled to

11   confidentiality, including ongoing investigations of serious

12   crimes.

13           Two, there is a substantial probability that a

14   public plea proceeding under the defendant's true name would

15   prejudice the compelling interest of the Government and the

16   integrity of significant Government activities entitled to

17   confidentiality, including ongoing investigations of serious

18   crimes.

19           Three, no reasonable alternatives to closure of this

20   courtroom exists that can adequately protect the compelling

21   interest that would be prejudiced by a public proceeding

22   identified above.

23           And four, the prejudice to the compelling interest

24   identified above overrides the public's and the media's

25   qualified First Amendment right to access to the plea

1    proceeding.

2              Accordingly, pursuant to the authority of the *United*

3    *States versus Alcantara*, 396 F 3d 189, Second Circuit, 2005;

4    and *United States versus John Doe*, 63 F 3d 121, Second

5    Circuit, 1995, this Court orders that the name "John Doe" be

6    substituted for the defendant's name on the docket sheet, the

7    Court's calendars and all documents not filed under seal in

8    this matter, and that the case be captioned*, 'United States*

9    *versus John Doe*.'

10             It is further ordered that the motion to close the

11   courtroom during plea proceeding and to seal the transcript of

12   the proceeding, any orders in connection with, and minute

13   entries associated with that proceeding and this order are

14   hereby granted.

15             It is further ordered that the closure of the

16   courtroom be tailored by requiring the Government with advance

17   notice to the defendant to disclose the transcript as required

18   by *Brady versus Maryland*, 373 US 83, 1963; *Giglio versus*

19   *United States*, 405 US 150, 1972; 18 USC, Section 3500 and/or

20   Rule 16, of the Federal Rules of Criminal Procedure.

21             It is further ordered that the closure of the

22   courtroom be tailored by requiring the Government and the

23   defendant to move this Court to unseal the transcript of the

24   proceeding and any orders entered in connection with this

25   proceeding, and to substitute the defendant's true name for

1    'John Doe' in the caption when the prejudice to the parties'

2    interests no longer outweighs the public's qualified right to

3    access.

4              And it is further ordered that the public docket

5    will immediately be amended to reflect the occurrence of the

6    hearing on the motion to close the courtroom, the disposition

7    of the motion and the fact of the courtroom closure that is so

8    ordered by this Court, dated Brooklyn, New York, October 18th,

9    2013."

10             All right.  The public is invited and directed to

11   leave the courtroom, and the Court Security Officers are

12   directed to seal the courtroom at this time.

13             (Public complies.)

14             THE CLERK:  Judge, I'm going to notify the Marshal

15   that you're ready.

16             THE COURT:  Thank you.

17             THE CLERK:  We are here for a criminal guilty plea,

18   Docket Number 13 CR 584, USA versus John Doe.

19             Counsel, please state your appearances for the

20   record.

21             MR. LAVERNE:  Good morning, Your Honor.  Darren

22   LaVerne and Evan Norris for the United States.  Also with us

23   now at counsel table is Special Agent Gerald Randall of the

24   FBI.

25             THE COURT:  Good morning.

```
 1              MR. BRAFMAN:  Good morning, Your Honor.  Benjamin
 2    Brafman and Joshua Kirschahner, for Daryan Warner, who is
 3    present in the courtroom.  His last name is spelled
 4    W-A-R-N-E-R.
 5              THE COURT:  All right.  And we will refer to him
 6    throughout as "Mr. John Doe."  Is that acceptable?
 7              MR. BRAFMAN:  It is acceptable, even though it is a
 8    sealed proceeding -- but yes, it is acceptable.
 9              THE COURT:  Okay.  It just tends to minimize
10    potential problems down the road.
11              MR. BRAFMAN:  Yes, sir.
12              THE COURT:  Mr. Jackson, would you please swear the
13    defendant?
14              THE CLERK:  Yes, Your Honor.
15              (Defendant sworn.)
16              THE COURT:  Please be seated, sir, and speak into
17    the microphone.
18              We are going to refer to you for the reasons I'm
19    sure your counsel has explained to you as "John Doe"
20    throughout these proceedings.  Is that acceptable, sir?
21              THE DEFENDANT:  Yes, Your Honor.
22              THE COURT:  Thank you.
23              Sir, how old are you?
24              THE DEFENDANT:  Forty-five.
25              THE COURT:  Would you briefly describe your
```

```
1    educational background, beginning with secondary school.

2             THE DEFENDANT:  I did secondary school at Fatime

3    College, in the West Indies.

4             THE COURT:  Would you spell that for the reporter?

5             THE DEFENDANT:  F-A-T-I-M-E, College, in the West

6    Indies.

7             I did my first degree at the University of the West

8    Indies in management.  I did my masters at Howard University

9    in Washington, D. C.  I did post-grad work at the University

10   of Queensland in Brisbane, Australia.  I did some additional

11   post-graduate courses at the University of South Korea in

12   Seoul.

13            THE COURT:  Would you briefly describe your

14   employment history after you completed your graduate studies?

15            THE DEFENDANT:  I worked for a little more than a

16   year with USA Travel in Jersey City.  I then worked at Hyundai

17   Motors in Seoul, South Korea.  I then went back to Trinidad

18   and started a business, sir.

19            THE COURT:  Have you taken any drugs, any medicine,

20   any pills or consumed any alcoholic beverages in the past 24

21   hours.

22            THE DEFENDANT:  I consumed a couple of alcoholic

23   beverages last night at about seven o'clock.

24            THE COURT:  All right.  Did that have any -- does

25   that have any impact today, as you sit here today, on your
```

```
 1    ability to think clearly?

 2              THE DEFENDANT:  Not at all, sir.

 3              THE COURT:  Do you understand what is happening here

 4    today, sir?

 5              THE DEFENDANT:  Yes, I do.

 6              THE COURT:  Do either defense counsel or prosecution

 7    have any doubt as to defendant's competence at this time?

 8              MR. LAVERNE:  Government has no question about it,

 9    Your Honor.

10              MR. BRAFMAN:  None whatsoever, sir.

11              THE COURT:  The Court hereby finds, based on the

12    record of the defendant's representation and the

13    representations of all counsel of record, that the defendant

14    is competent to proceed.

15              Sir, I will now read the charges set forth in the

16    Information.

17              Do we have a signed copy of the Information?

18              MR. LAVERNE:  Yes, Your Honor.

19              THE COURT:  Thank you.

20              MR. LAVERNE:  I'm handing up to the Court the

21    original signed copy of the Information. (Handing.)

22              THE COURT:  Thank you.  We're going to mark that as

23    Court Exhibit 5 for identification.  At the end of this, I'm

24    going to ask to have a motion to put all the exhibits in

25    evidence, if there are no objections.
```

1        I'm going to start with the Information.

2        "The United States Attorney charges in the

3   introduction to Counts 1 and 2, that at all times relevant to

4   Counts 1 and 2 of this Information:  One, the Fédération

5   Internationale de Football Association (FIFA) was the

6   international body governing organized soccer, commonly known

7   outside the United States as 'football.'

8        FIFA was an entity registered under Swiss law and

9   headquartered in Zurich, Switzerland.  FIFA was composed of as

10  many as 208 member associations, each representing organized

11  soccer of a particular nation or territory, including the

12  United States and four of its overseas territories:  American

13  Samoa, Guam, Puerto Rico and the United States Virgin Islands.

14       Two, the World Cup Soccer's premier event was a

15  quadrennial international tournament organized by FIFA,

16  involving the senior men's teams of 32 nations.

17       Three, in 2006, the World Cup was held in Germany,

18  and in 2010, the next World Cup was held in South Africa.

19       Four, FIFA established rules governing, among other

20  things, the sale and use of tickets to 2006 World Cup and the

21  2010 World Cup.  The FIFA Ticketing Office, FTO, was the

22  official sales agent with respect to the distribution of

23  tickets for the 2006 World Cup and the 2010 World Cup.  The

24  FTO was operated by an event-management company engaged by

25  FIFA.

1              Five, from in or about and between 2005 and '11,

2    both dates being approximate and inclusive, the defendant,

3    together with others, participated in a scheme to obtain World

4    Cup tickets from FIFA based on materially false and fraudulent

5    pretenses, representations and promises, and to resell those

6    tickets to others for a substantial profit.

7              2006 World Cup ticket scheme:  6, in advance of the

8    2006 World Cup, the defendant, and Co-conspirator Number 1, a

9    ticket broker based in Florida whose identity is known to the

10   United States Attorney, agreed to be partners for the purpose

11   of obtaining tickets to the 2006 World Cup and reselling them

12   at a substantial mark-up.

13             The defendant's role in the scheme was to purchase

14   tickets from the FTO.  After purchasing the tickets, the

15   defendant would sell them to the Co-conspirator Number 1, who

16   in turn would sell them to, among others, travel agents, tour

17   operators and other ticket brokers.

18             Seven, prior to 2006, the FTO had advised the

19   defendant that it would not sell him tickets if the defendant

20   intended to resell the tickets to or through Co-conspirator

21   Number 1.

22             Eight, it was part of the scheme that the defendant

23   attempted to purchase and did purchase tickets from the FTO.

24   Because the defendant knew that the FTO would not sell the

25   tickets to him for resale to Co-conspirator Number 1, the

1    defendant disguised and concealed his intention to resell the

2    tickets to Co-conspirator Number 1.  For example, on one

3    occasion, when asked by a representative of the FTO if the

4    defendant was working with Co-conspirator Number 1, the

5    defendant lied and said he was not.

6            Nine, it was further part of the scheme that

7    defendant sought to disguise and conceal his intention to

8    resell tickets for the 2006 World Cup to Co-conspirator Number

9    1 from an auditing firm that had been hired by FIFA to

10   investigate irregularities in the resale of tickets to the

11   2006 World Cup.

12           Ten, among other things, the defendant, together

13   with Co-conspirator Number 1, agreed to provide and did

14   provide to the FTO and to the auditing firm documents that

15   falsely represented that the defendant intended to resell

16   tickets to the 2006 World Cup directly to certain travel

17   agencies and tour operators not associated with Co-conspirator

18   Number 1.

19           Eleven, as a result of the scheme, the defendant and

20   Co-conspirator Number 1 made a substantial profit from the

21   sale of the 2006 World Cup tickets that the defendant procured

22   from the FTO based on false pretenses.

23           2010 World Cup ticket scheme:  12, FIFA became aware

24   that the defendant had resold 2006 World Cup tickets obtained

25   from the FTO to Co-conspirator Number 1.  As a result, the

1    defendant understood and believed that the FTO would not sell

2    him tickets for the 2010 World Cup.  Further, the defendant

3    understood and believed that the FTO would not sell such

4    tickets to any other individual if the FTO knew the tickets

5    would later be provided to the defendant for resale.

6          Thirteen, nevertheless, the defendant continued his

7    scheme with Co-conspirator Number 1 to obtain 2010 World Cup

8    tickets and sell them at a substantial mark-up, as they did in

9    2006.

10         Fourteen, it was part of the scheme that for the

11   purpose of causing the FTO to provide the defendant with

12   tickets that he could resell at substantial mark-up, the

13   defendant asked two of his family member whose identities are

14   known to the United States Attorney, defined as the 'Two

15   Family Members,' to obtain tickets from the FTO on his behalf.

16   The defendant understood and believed that his two family

17   members, who at the time were FIFA officials entitled to

18   purchase a certain allotment of tickets, obtained the tickets

19   without disclosing to the FTO that they intended to provide

20   the tickets to the defendant for resale.

21         Fifteen, after receiving the tickets from his Two

22   Family Members, the defendant along with Co-conspirator Number

23   1, resold the tickets at a substantial mark-up.  The defendant

24   and Co-conspirator Number 1 made a substantial profit from the

25   sale of tickets to the 2010 World Cup.

1          Count 1, Wire Fraud Conspiracy, paragraph 16.  The

2     allegations contained in paragraphs one through 15 are

3     re-alleged and re-incorporated as if set forth fully in this

4     paragraph.

5          Seventeen, in or about and between 2005 and 2011,

6     both dates being proximate and inclusive, within the Southern

7     District of Florida and elsewhere, the defendant, together

8     with others, did knowingly and intentionally conspire to

9     devise a scheme and artifice to defraud FIFA, and to obtain

10    money and property from FIFA by means of materially false and

11    fraudulent pretenses, representations and promises, and for

12    the purpose of executing such scheme and artifice did transmit

13    and cause to be transmitted in interstate and foreign commerce

14    writings, signs, signals, pictures and sounds to wit:

15    Interstate and international emails and wire transfers,

16    contrary to Title 18, United States Code, Section 1343, citing

17    Title 18, United States Code, Section 1349 and Section 3551,

18    et sequentia.

19         Count 2:  Money Laundering Conspiracy, paragraph

20    eighteen.  The allegations contained in paragraphs one through

21    17 are re-alleged and incorporated as if fully set forth in

22    this paragraph.

23         Nineteen, in or about and between 2005 and 2011,

24    both dates being approximate and inclusive, within the

25    Southern District of Florida and elsewhere, the defendant,

1    together with others, did knowingly and intentionally conspire

2    to transport, transmit and transfer monetary instruments and

3    funds, to wit:  Wire transfers from a place in the United

4    States to and through a place outside the United States, and

5    to a place in the United States from and through a place

6    outside the United States, with intent to promote the carrying

7    on of specified unlawful activity, to wit:  Wire Fraud,

8    contrary to Title 18, United States Code, Section 1343, all

9    contrary to Title 18, U. S. Code, Section 1956(a)(2)(A), Title

10   18, U. S. Code, Sections 1956(h), and 3551, et sequentia.

11            Introduction to Count 3:  At all times relevant to

12   Count 3 of this Information, the currency reporting

13   requirements provided as follows:  Structuring and Currency

14   Reporting Requirements.  Transactions in currency were defined

15   as transactions involving the physical transfer of money as

16   defined in Title 31, Code of Federal Regulations, Section

17   1010.100(bbb).

18            Paragraph 21.  Domestic financial institutions were

19   required to file a currency transaction report (FinCEN Form

20   104, hereinafter referred to as a "CTR") with the United

21   States Department of the Treasury for each transaction in

22   currency, such as a deposit, withdrawal, exchange of currency

23   or other payment or transfer by, through or to such financial

24   institutions in excess of $10,000, as required by Title 31,

25   United States Code, Section 5313 and Title 31, Code of Federal

1   Regulations, Section 1010.311.

2           Paragraph 22, CTRs were filed on forms that

3   required, among other things, the identity of the individual

4   who conducted the transaction, (Part One of the CTR) and the

5   individual or organization for whom the transaction was

6   completed (Part Two of the CTR).

7           Paragraph 23, CTRs were required to be filed to

8   assist the United States in criminal, tax and regulatory

9   investigations and proceedings, as stated in Title 31, United

10  States Code, Section 5311.

11          Twenty-four, Structuring.  'Structuring' a financial

12  transaction, was defined in Title 31, Code of Federal

13  Regulations, Section 1010.100(xx), as conducting or attempting

14  to conduct one or more transactions in currency in any amount

15  at one or more financial institutions on one or more days in

16  any manner, for the purpose of evading the Currency Reporting

17  Requirements including, without limitation, by breaking down a

18  sum of currency exceeding $10,000 into smaller sums, including

19  sums at or below $10,000, and conducting a currency

20  transaction or a series of currency transactions at or below

21  $10,000.

22          Count 3, 'Structuring.' Paragraph 25.  The

23  allegations contained in paragraphs 20 through 24 are

24  re-alleged and re-incorporated as if fully set forth in this

25  paragraph.

1          Twenty-six, in or about and between July 2011 and

2    December 2011, both dates being approximate and inclusive,

3    within the Eastern District of New York and elsewhere, the

4    defendant, together with others, for the purpose of evading

5    the reporting requirements of Title 31, United States Code,

6    Section 5313(a), and the regulations prescribed thereunder,

7    did knowingly and intentionally structure, assist in

8    structuring and attempt to structure one or more transactions

9    with one or more domestic financial institutions by (a)

10   breaking down sums of currency exceeding $10,000 into smaller

11   sums including sums at or below $10,000 and depositing the

12   smaller sums of currency into accounts with one or more

13   domestic financial institutions; and (b) conducting a series

14   of currency transactions, including transactions at or

15   below $10,000 at one or more domestic financial institutions,

16   all as part of a pattern of illegal activity involving more

17   than $100,000 in a 12-month period, in violation of Title 31,

18   United States Code, Sections 5324(a)(3) and 5324(d)(2); Title

19   18, United States Code, Section 2 and Section 3551, et

20   sequentia.

21          Criminal forfeiture allegation as to Count 1, 27.

22   The United States hereby gives notice to the defendant that

23   upon his conviction of the offense charged in Count 1, the

24   Government will seek forfeiture in accordance with Title 18,

25   U. S. Code, Section 981(a)(1)(C) and Title 28, U. S. Code,

Section 2461(c), which requires any person convicted of such

offense to forfeit any and all property, real or personal,

which constitutes or is derived from proceeds traceable to a

violation of such offense.

Twenty-eight, if any of the above-described

forfeitable property, as a result of any act or omission of

the defendant:  (a) cannot be located upon the exercise of due

diligence; (b) has been transferred or sold or deposited with

a third party; (c) has been placed beyond the jurisdiction of

the Court; (d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be

divided without difficulty, it is the intent of the United

States, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 28, United States Code,

Section 2461(c), to seek forfeiture of any other property of

the defendant up to the value of the forfeitable property

described in this forfeiture allegation, pursuant to Title 18,

U. S. Code, Section 2461(c); Title 18, U. S. Code, Section

981(a)(1)(C), Title 21, United States Code, Section 853(p).

Criminal Forfeiture Allegation as to Count 2.  The

United States hereby gives notice to the defendant that upon

his conviction of the offense charged in Count 2, the

Government will seek forfeiture in accordance with Title 18,

U. S. Code, Section 982(a)(1), which requires any person

convicted of such offense to forfeit any and all property,

1   real or personal, involved in such offense or any property

2   traceable to such offense.

3            Thirty, if any of the above-described forfeitable

4   property as a result of any act or omission of the defendant:

5   (a) cannot be located upon the exercise of due diligence; (b)

6   has been transferred or sold to or deposited with a third

7   party; (c) has been placed beyond the jurisdiction of the

8   Court; (d) has been substantially diminished in value; or (e)

9   has been commingled with other property which cannot be

10  divided without difficulty, it is the intent of the United

11  States, pursuant to Title 21, U. S. Code, Section 853(p),

12  incorporated by Title 18, U. S. Code, Section 982(b), to seek

13  forfeiture of any other property of the defendant up to the

14  value of the forfeitable property described in this forfeiture

15  allegation, Title 18, U. S. Code, Sections 982(a)(1), 982(b);

16  Title 21, United States Code, Section 853(p).

17           Criminal Forfeiture Allegations as to Count 3,

18  paragraph 31.  The United States hereby gives notice to the

19  defendant that upon conviction of the offense charged in Count

20  3, the Government will seek forfeiture in accordance with

21  Title 31, U.S. Code, Section 5317(c)(1), which requires any

22  person convicted of such offense to forfeit any property, real

23  or personal, involved in such offense and any property

24  traceable to such property.

25           If any of the above-described forfeitable property

```
 1   as a result of any action or omission of the defendant:  (a)
 2   cannot be located upon the exercise of due diligence; (b) has
 3   been transferred or sold to, or deposited with a third party;
 4   (c) has been placed beyond the jurisdiction of the Court; (d)
 5   has been substantially diminished in value; or (e) has been
 6   commingled with other property which cannot be divided without
 7   difficulty, it is the intent of the United States, pursuant to
 8   Title 21, United States Code, Section 853(p), to seek
 9   forfeiture of any other property of the defendant up to the
10   value of the forfeitable property described in the forfeiture
11   allegation, Title 31, U. S. Code, Section 5317(c)(1), Title 21
12   United States Code, Section 853(p)."
13          Signed by Loretta E. Lynch, United States Attorney,
14   Eastern District of New York.
15          Counsel, have I read Court Exhibit 5, the
16   Information, accurately?
17          MR. LAVERNE:  Yes, Your Honor, you have.
18          MR. BRAFMAN:  Yes, Your Honor.
19          THE COURT:  May I have a motion to have it admitted
20   into evidence, please, obviously under seal?
21          MR. BRAFMAN:  Yes, Your Honor.  We ask that it be
22   admitted.
23          MR. LAVERNE:  No objection from the Government.
24          THE COURT:  It's admitted, Mr. Jackson. (Handing.)
25          THE CLERK:  Thank you, Judge.
```

```
 1              THE COURT:  I also have the Cooperation Agreement
 2    that's been marked as Court's Exhibit 6.  Do I have a signed
 3    copy of that?
 4              MR. LAVERNE:  I do, Your Honor.  I'll hand up the
 5    original signed version of the Cooperation Agreement, as well
 6    as -- so Your Honor has it, the Waiver of Indictment form with
 7    original signatures on it, as well. (Handing.)
 8              THE COURT:  Thank you.
 9              I have the original Waiver of Indictment form, which
10    has been marked as Court's Exhibit 4 for identification.  It's
11    been signed by the defendant and by counsel for the defendant.
12    I'm prepared to sign it.
13              Would counsel like me to read it orally into the
14    record or is that necessary?
15              MR. BRAFMAN:  It's not necessary, Your Honor.  I
16    acknowledge that both the defendant and I signed the document,
17    sir.
18              THE COURT:  Thank you, sir.
19              I am signing it as a judicial officer, and may I
20    have a motion to have it admitted into evidence, please?
21              MR. BRAFMAN:  Yes, please, Your Honor.
22              MR. LAVERNE:  No objection.
23              THE COURT:  It's admitted.  The Waiver of Indictment
24    is admitted as Court 4.
25              Mr. Jackson?  (Handing.)
```

LISA SCHMID, CCR, RMR

```
 1              THE CLERK:  Thank you, Judge.

 2              THE COURT:  We're now up to the Cooperation

 3    Agreement, which has been marked as Court Exhibit 6 for

 4    identification.

 5              To avoid any confusion by my friends on the 17th

 6    Floor across the harbor, I am going to read it in its

 7    entirety.  I note that it has been signed and dated October

 8    17th.  It's been signed on behalf of the United States

 9    Attorney by Evan M. Norris, above the signature line for

10    Amanda Hector and for Mr. LaVerne, as well.

11              MR. LAVERNE:  It's actually my signature, Your

12    Honor.  Maybe it's hard to read, but it is, in fact, my

13    signature.

14              THE COURT:  All right.  It's your signature, and

15    Evan Norris is the first name.  Amanda Hector is the second.

16    You're the third, and Brian D. Morris is the next.  And there

17    is also a signature that it has been approved by the

18    supervising assistant who doesn't seem to have his or her name

19    typed.

20              MR. LAVERNE:  Mr. Daniel Silver.

21              THE COURT:  Okay.  That might be helpful in the

22    future, but that's fine.

23              It's been signed by the defendant and signed by

24    defendant's counsel, is that correct?

25              MR. BRAFMAN:  Yes, Your Honor.
```

1          THE COURT:  All right.  This is the Cooperation

2    Agreement, which is Court Exhibit 6 for identification.  I'm

3    going to read that in now.

4          "Pursuant to Rule 11 of the Federal Rules of

5    Criminal Procedure, the United States Attorney's Office for

6    the Eastern District and the defendant agree to the following:

7    One, the defendant will waive indictment and where applicable,

8    venue, and plead guilty to a three-count Information to be

9    filed in this district, charging violations of 18 USC, Section

10   1349, Count 1; 18 USC, Section 1956(h), Count 2; and 31 USC

11   Section 5324(a)(3), Count 3.

12         The foregoing Counts carry the following statutory

13   penalties:  Count 1, wire fraud conspiracy, maximum term of

14   imprisonment 20 years, 18 USC, Sections 1343 and 1349; (b)

15   minimum term of imprisonment, zero years, 18 USC, Section

16   1343, 1349; (c) maximum supervised release term, three years

17   to follow any term of imprisonment.  If a condition of release

18   is violated, the defendant may be sentenced up to two years

19   imprisonment without credit for pre-release imprisonment or

20   time previously served on post-release supervision, 18 USC,

21   Section 3583(b)(E); (d) maximum fine, $250,000, pursuant to 18

22   USC, Section 3571(b)(3); (e) restitution, mandatory in an

23   amount to be determined by the Court, pursuant to 18 USC,

24   Sections 3663 and 3663(a); (f) $100 special assessment,

25   pursuant to 18 USC, Section 3013; (g) criminal forfeiture:

```
 1    The defendant consents to criminal forfeiture as set forth
 2    below in paragraphs seven through 14; 18 USC, Sections
 3    981(a)(1)(C); 28 USC, Section 2461(c) and 21 USC, Section
 4    853(p); (h) other penalties:  Removal as set forth below in
 5    paragraph 18.
 6              Count 2, Money Laundering Conspiracy:  Maximum term
 7    of imprisonment, 20 years under 18 USC, 1956(a) and (h); (b)
 8    minimum term of imprisonment, zero years, under 18 USC,
 9    1956(a) and (h); (c) maximum supervised release term, three
10    years to follow any term of imprisonment.  If a condition of
11    release is violated, the defendant may be sentenced to up to
12    two years imprisonment without credit for pre-release
13    imprisonment or time previously served on post-release
14    supervision, 18 USC, 3583(b)(E); (d) maximum fine is the
15    greater of $500,000 or twice the value of the monetary
16    instrument or funds involved, pursuant to 18 USC, Section
17    1956(a); (e) restitution, mandatory in an amount to be
18    determined by the Court, pursuant to 18 USC, Sections 3663 and
19    3663(a); (f) $100 special assessment, pursuant to 18 USC,
20    3013; (g) criminal forfeiture:  The defendant consents to
21    criminal forfeiture as set forth below in paragraphs seven
22    through 14, 18 USC, Sections 982(a)(1) and 982(b), 28 USC,
23    2461(c) and 21 USC, Section 853(p); (h) other penalties:
24    Removal as set forth below in paragraph 18.
25              Count 3, Structure:  Maximum term of imprisonment,
```

ten years, 31 USC, Section 5324(d)(2); (b) minimum term of
imprisonment, zero years, under 31 USC, Section 5324(b)(2);
(c), maximum supervised release term, three years to follow
any term of imprisonment.  If a condition of release is
violated, the defendant may be sentenced up to two years
imprisonment without credit for pre-release imprisonment or
time previously served on post-release supervision, 18 USC,
Section 3583(b) and (e); (d) maximum fine, $500,000, 31 USC,
Section 5324(e)(2); (e) restitution:  The parties agree that
restitution with respect to any defendant's tax liabilities --
should be any of defendant's tax liabilities -- may be ordered
by the Court pursuant to 18 USC, Section 3663; (f) $100
special assessment, 18 USC, Section 3013; (g) criminal
forfeiture:  The defendant consents to criminal forfeiture as
set forth below in paragraphs seven through 14, 21, USC,
Section 853(p) and 31 USC, Section 5317(c)(1); (h) other
penalties:  Removal as set forth below in paragraph 18.  The
sentence imposed on each count may run consecutively.

        Two, the defendant understands that although
imposition of a sentence in accordance with the United States
Sentencing Guidelines is not mandatory, the Guidelines are
advisory, and the Court is required to consider any applicable
Guideline provisions, as well as other factors enumerated in
18 USC, Section 3553(a) to arrive at an appropriate sentence
in this case.

1      The United States Attorney's Office will advise the

2   Court and the Probation Department of information relevant to

3   sentencing, including all criminal activity engaged in by the

4   defendant.  Such information may be used by this Court in

5   determining the defendant's sentence.

6      If the defendant clearly demonstrates acceptance of

7   responsibility through allocution and subsequent conduct prior

8   to the imposition of a sentence, a two-level reduction will be

9   warranted, pursuant to USSG, Section 3E1.1(a).

10      Furthermore, if the defendant has accepted

11   responsibility as described above and if the defendant pleads

12   guilty on or before October 18th, 2013 -- which is today's

13   date -- an additional one-level reduction will be warranted

14   pursuant to USSG, Section 3E1.1(b).

15      Three, the defendant will provide truthful, complete

16   and accurate information and will cooperate with the Office of

17   the United States Attorney.  This cooperation will include but

18   is not limited to the following:  The defendant agrees to be

19   fully debriefed and to attend all meetings at which his

20   presence is requested concerning his participation in and

21   knowledge of all criminal activities; (b) the defendant agrees

22   to furnish to the Office of the United States Attorney all

23   documents and other material that may be relevant to the

24   information to the investigation, and that are in the

25   defendant's possession or control, and to participate in

LISA SCHMID, CCR, RMR

1  undercover activities pursuant to the specific instructions of

2  law enforcement agents or this office; (c) the defendant

3  agrees not to reveal his cooperation or any information

4  derived therefrom to any third party without prior consent of

5  the Office; (d) the defendant agrees to testify at any

6  proceeding in the Eastern District of New York or elsewhere,

7  as requested by the Office; (e) the defendant consents to

8  adjournments of his sentence as requested by the Office; (f)

9  the defendant agrees to cooperate fully with the Internal

10  Revenue Service in the ascertainment, computation and payment

11  of his correct federal income tax liability for the years 2007

12  through 2012.

13          To that end, the defendant will file amended tax

14  returns as directed by the Internal Revenue Service prior to

15  the imposition of sentence and consents to the disclosure to

16  the Internal Revenue Service of information relating to his

17  financial affairs that is in the possession of third parties.

18          (g) The defendant agrees to comply with the

19  forfeiture provision set forth in paragraphs seven through 14

20  below.  The Office agrees that, (a) except as provided in

21  paragraphs one, 16 and 17, no criminal charges will be brought

22  against the defendant for his heretofore disclosed

23  participation in, one, fraud and money laundering in

24  connection with the following:  (a) aiding and abetting the

25  receipt of a bribe and/or kickback payment made by the South

1    African Bid Committee in connection with its bid to host the

2    FIFA World Cup; and (b) the sale of tickets for the FIFA World

3    Cup in or about and between 1994 and 2011, as alleged in

4    Counts 1 and 2 with respect to the 2005 to 2011 time period.

5              Two, structuring financial transactions in or about

6    and between July 2011 and December 2011, as alleged in Count

7    3.

8              And three, bulk cash smuggling in or about and

9    between July 2011 and December 2011; (b) no statements made by

10   the defendant during the course of this cooperation will be

11   used against him except as provided in paragraphs two, 16 and

12   17.

13             Paragraph five.  The defendant agrees that the

14   Office may meet with and debrief him without the presence of

15   counsel, unless the defendant specifically requests counsel's

16   presence at such debriefings and meetings.  Upon request of

17   the defendant, the Office will endeavor to provide advanced

18   notice to counsel of the place and time of the meetings and

19   debriefings, it being understood that the Office's ability to

20   provide such notice will vary according to time constraints

21   and other circumstances.

22             The Office may accommodate requests to alter the

23   time and place of such debriefings.  It is understood,

24   however, that any cancellations or reschedulings of

25   debriefings or meetings requested by the defendant that hinder

1  the Office's ability to prepare adequately for trials,

2  hearings or other proceedings may adversely affect the

3  defendant's ability to provide substantial assistance.

4        Matters occurring at any meeting or debriefing may

5  be considered by the Office in determining whether the

6  defendant has provided substantial assistance or otherwise

7  complied with this agreement, and may be considered by the

8  Court in imposing sentence, regardless of whether counsel was

9  present at the meeting or debriefing.

10        Six, if the Office determines that the defendant has

11  cooperated fully, provided substantial assistance to law

12  enforcement authorities and otherwise complied with the terms

13  of this agreement, the Office will file a motion pursuant to

14  USSG, Section 5K1.1 with the sentencing Court, setting forth

15  the nature and extent of his cooperation.  Such a motion will

16  allow this Court in applying the advisory Guidelines to

17  consider a range below the Guidelines range that would

18  otherwise apply.

19        In this connection, it is understood that a good

20  faith determination by the Office as to whether the defendant

21  has cooperated fully and provided substantial assistance and

22  has otherwise complied with the terms of this agreement,

23  including the demonstration of acceptance of responsibility

24  described in paragraph two, and the Office's good faith

25  assessment of the value, truthfulness, completeness and

1    accuracy of the cooperation shall be binding upon him.  The

2    defendant agrees when making this determination, the Office

3    may consider facts known to it at the time -- at this time.

4         The Office will not recommend to the Court a

5    specific sentence to be imposed.  Further, the Office cannot

6    and does not make a promise or representation as to what

7    sentence will be imposed by this Court.

8         Seven, the defendant acknowledges that money and

9    property is subject to forfeiture as result of his violation

10   of 18 USC, Sections 1349 and 1956(h), and 31 USC, Section

11   5324(a)(3), as alleged in the Information.

12        Pursuant to 18 USC, Sections 981(a)(1)(C) and

13   982(a)(1); 28 USC, Section, 2461(c), and 31 USC, Section

14   5317(c)(1), the defendant consents to the forfeiture of

15   $1,177,843.95 -- $1,177,843,95, which represents a portion of

16   the monies that the defendant received from ticket sales in

17   connection with the 2006 FIFA World Cup, and monies the

18   defendant structured (the first Forfeiture Money Judgment) and

19   the forfeiture of a second unspecified amount of United States

20   currency to be determined by this Court at sentencing (the

21   second Forfeiture Money Judgment) and together with the first

22   Forfeiture Money Judgment, the Forfeiture Money Judgments --

23   plural -- (a) any property, real or personal, which

24   constitutes or is derived from proceeds traceable to the

25   defendant's violation of 18 USC, Section 1349, and/or as

1   substitute assets in accordance with the provisions of 21 USC,

2   Section 853(p), as incorporated by 28 USC, Section 2461(c).

3          (b) Property, real or personal, involved in the

4   defendant's violation of 18 USC, Section 1956(h) or property

5   traceable to such property and/or as substitute assets in

6   accordance with the provisions of 21 USC, Section 853(p), as

7   incorporated by 18 USC, Section 982(b) and (c).

8          (c) Property, real or personal, involved in the

9   defendant's violation of 31 USC, Section 5324(a)(3) or

10  property traceable to such property and/or substitute assets

11  in accordance with the provisions of 21 USC, Section 853(p),

12  as incorporated by 31 USC, Section 5317(c)(1)(B).

13         The defendant consents to the entry of an Order of

14  Forfeiture pursuant to Rule 32.2 of the Federal Rules of

15  Criminal Procedure, forfeiting the amount of the Forfeiture

16  Money Judgments.

17         Eight, the defendant consents to the entry of the

18  Forfeiture Money Judgments.  The defendant shall pay $200,000

19  towards the first Forfeiture Money Judgment on or before

20  October 25 of 2013, the first due date, and shall pay the

21  remaining balance of the first Forfeiture Money Judgment in

22  full on or before November 18th, 2013, the second due date.

23         The defendant shall pay the second Forfeiture Money

24  Judgment in full on or before the date of his sentencing --

25  the third due date.  The first due date, second due date and

1    third due dates are referred to generally as the 'Applicable

2    Due Dates.'

3         The defendant acknowledges that the Office, at its

4    sole discretion, may seek to forfeit the amount of Forfeiture

5    Money Judgment through commencement of an administrative or

6    civil forfeiture proceeding.  The defendant consents to the

7    entry of an Administrative Declaration of Forfeiture as to any

8    payments made towards the Forfeit Money Judgments, and waives

9    the requirements of 18 USC, Section 983 regarding Notice of

10   Seizure in non-judicial forfeiture matters.

11        The defendant further waives the filing of a civil

12   forfeiture complaint as to any payments made towards the

13   Forfeiture Money Judgments, in accordance with the procedures

14   set forth in 18 USC, Section 983.  Defendant agrees to execute

15   any documents necessary to effectuate the administrative or

16   civil forfeiture of any payments made towards the Forfeiture

17   Money Judgment.

18        Nine, all payments towards the Forfeiture Money

19   Judgment shall be made by certified or bank check payable to

20   the United States Marshal Service and delivered by hand or

21   overnight courier on or before the applicable due date to

22   Assistant United States Attorney Brian Morris, United States

23   Attorney's Office, Eastern District of New York, 271 Cadman

24   Plaza East, Seventh Floor, Brooklyn, New York, 11201, the

25   criminal docket number noted on the face of the checks.

1          The defendant acknowledges that all funds paid by

2    the defendant pursuant to this paragraph shall be subject to a

3    restitution hold to ensure their availability for transfer to

4    the Clerk of Court, in satisfaction of any Order of

5    Restitution entered at or after the time of sentencing for the

6    benefit of any victims, pursuant to 18 USC, Sections 3663 and

7    3663(a), in the event that the Attorney General grants any

8    request for remission or restoration in accordance with the

9    provisions of 18 USC, Section 1963(g) and 28 CFR, Part 9.

10          Ten, if either or both of the Forfeiture Money

11   Judgments is or is not paid on or before the applicable due

12   date, interest shall accrue on any unpaid portion thereof at

13   the judgment rate of interest from that date.

14          If the defendant fails to pay any portion of the

15   Forfeiture Money Judgment on or before the applicable due

16   date, the defendant consents to the forfeiture of any other

17   property of his, up to the amount of the Forfeiture Money

18   Judgment, pursuant to 21 USC, Section 853(p), the Federal Debt

19   Collection Procedures Act or any other applicable law.

20          Eleven, the defendant agrees to fully assist the

21   Government in effectuating the payment of the Forfeiture Money

22   Judgment by, among other things, executing any documents

23   necessary to effectuate the transfer of title to the United

24   States of any substitute assets.  The defendant agrees not to

25   file or interpose any claims or to assist others to file or

interpose any claims to any property against which the
Government seeks to execute the Forfeiture Money Judgments in
any administrative or judicial proceeding.

Twelve, the failure of the defendant to forfeit any
monies and/or properties as required under this agreement,
including the failure of the defendant to execute any
documents to accomplish same on a timely notice to do so shall
constitute a material breach of this agreement.  Upon such a
breach, the defendant will not be entitled to withdraw the
plea, but the Office may bring additional criminal charges
against the defendant.

Thirteen, the defendant knowingly and voluntarily
waives his right to any required notice concerning the
forfeiture of the monies and/or properties forfeited
hereunder, including notice set forth in an Indictment or
Information.

In addition, the defendant knowingly and voluntarily
waives his right, if any, to a jury trial on the forfeiture of
said monies and/or properties, and waives all constitutional,
legal and equitable defenses to the forfeiture of said monies
and/or properties, including but not limited to any defenses
based on principles of double jeopardy, the *ex post facto*
clause of the Constitution, the statute of limitations, venue
or any defense under the Eighth Amendment, including a claim
of excessive fines.

1          Fourteen, the defendant agrees that the entry or

2    payment of the Forfeiture Money Judgments are not to be

3    considered fines or payment on any income taxes or civil

4    penalties that may be due.

5          Fifteen, the defendant agrees that with respect to

6    all charges referred to in paragraphs one and 4(a), he is not

7    a prevailing party within the meaning of the Hyde Amendment 18

8    USC, Section 3006(a), and will not file any claim under that

9    law.

10          The defendant waives any right to additional

11   disclosure from the Government in connection with the guilty

12   plea.  The defendant agrees to pay the special assessment by

13   check, payable to the Clerk of the Court at or before

14   sentencing.  The defendant understands that he may be subject

15   to removal as set forth in paragraph 18 below.  Nonetheless,

16   the defendant affirms that he wants to plead guilty and to

17   waive his right to appeal as set forth at the beginning of

18   this paragraph, even if the consequence is the defendant's

19   automatic removal from the United States.

20          Sixteen, the defendant must at all times give

21   complete, truthful and accurate information and testimony, and

22   must not commit or attempt to commit any further crimes.

23   Should it be judged by the Office that the defendant has

24   failed to cooperate fully and has intentionally given false,

25   misleading or incomplete information or testimony, has

1   committed or attempted to commit any further crimes or has

2   otherwise violated any provision of this agreement, the

3   defendant will not be released from his plea of guilty, but

4   this Office will be released from its obligations under this

5   agreement, including (a) not to oppose a downward adjustment

6   of two levels for acceptance of responsibility described in

7   paragraph two above, and to make the motion for an additional

8   one-level reduction described in paragraph two above; and (b)

9   to file the motion described in paragraph six above.

10  Moreover, this Office may withdraw the motion described in

11  paragraph six above, if such motion has been filed prior to

12  sentencing.

13          The defendant will also be subject to prosecution

14  for any federal criminal violation with the Office's

15  knowledge, including but not limited to the criminal activity

16  described in paragraph four above, perjury and obstruction of

17  justice.

18          Seventeen, any prosecution resulting from the

19  defendant's failure to comply with the terms of this agreement

20  may be premised upon, among other things, (a) any statement

21  made by the defendant to the Office or to other law

22  enforcement agents on or after November 30th, 2012; (b) any

23  testimony given by him before any grand jury or other

24  tribunal, whether before or after the date of this agreement

25  signed by the defendant; and (c) any leads derived from such

1   statements or testimony.

2          Prosecutions that are not time-barred by the federal

3   statute of limitations on the date of this agreement -- on the

4   date this agreement is signed may be commenced against the

5   defendant in accordance with this paragraph, notwithstanding

6   the expiration of the statute of limitations between the

7   signing of this agreement and the commencement of any such

8   prosecution.

9          Furthermore, the defendant waives all claims under

10  the United States Constitution, Rule 11(f) of the Federal

11  Rules of Criminal Procedure, Rule 410 of the Federal Rules of

12  Evidence, and any other federal statute or rule.  The

13  statements made by him or after November 30th, 2012, or any

14  leads derived therefrom should be suppressed.

15         Eighteen, the defendant recognizes that pleading

16  guilty may have consequences with respect to the defendant's

17  immigration status if the defendant is not a citizen of the

18  United States.  Under federal law, a broad range of crimes are

19  removable offenses, including the offenses to which the

20  defendant is pleading guilty.  Indeed, because the defendant

21  is pleading guilty to Wire Fraud Conspiracy and Money

22  Laundering Conspiracy, removal is presumptively mandatory.

23         Removal and other immigration consequences are the

24  subject of a separate providing, however, and the defendant

25  understands that no one, including the defendant's attorney or

1    the District Court can predict with certainty the effect of

2    the defendant's conviction on the defendant's immigration

3    status.  The defendant nevertheless affirms that he wants to

4    plead guilty regardless of any immigration consequences that

5    his plea may entail, even if the consequences are the

6    defendant's automatic removal from the United States.

7           Nineteen, if the defendant requests and in the

8    Office's judgment, the request is reasonable, the Office will

9    recommend to the Department of Justice that the defendant and

10   if appropriate other individuals, be issued an S Visa

11   classification, it being understood that the Office's

12   authority can only recommend and that the decision to certify

13   the recommendation rests with the Department of Justice.  And

14   further, that the final decision whether to grant such relief

15   rests with the Department of Homeland Security, both of which

16   will make their respective decisions in accordance with the

17   applicable law.

18          The defendant understands that notwithstanding the

19   Office's recommendation that he be issued an S Visa

20   classification, pleading guilty could result in the

21   defendant's removal.  In accordance with paragraph 18 above,

22   the defendant nevertheless affirms that the defendant wants to

23   plead guilty regardless of any immigration consequences that

24   the defendant's plea may entail, even if the consequences are

25   the defendant's automatic removal from the United States.

```
1              Twenty, this agreement does not bind any federal,

2    state or local prosecuting authority other than the Office,

3    and does not prohibit the Office from initiating or

4    prosecuting any civil or administrative proceeding directly or

5    indirectly involving the defendant.

6              Twenty-one, apart from the written proffer

7    agreements dated November 30, 2012; December 2, 2012;

8    December 5, 2012; December 11, 2012; December 19, 2012;

9    January 16, 2013; February 19, 2013; February 20th, 2013;

10   May 28, 2013; September 4, 2013; and September 26, 2013, no

11   promises, agreements or conditions have been entered into

12   other than those set forth in this agreement, and none will be

13   entered into unless memorialized in writing and signed by all

14   parties.  This agreement supersedes any prior promises,

15   agreements or conditions between the parties."

16             Dated October 17th, 2013, Brooklyn, New York, and

17   signed, as we said earlier, by Mr. LaVerne on behalf of the

18   U. S. Attorney, Loretta Lynch, through the supervisor, signed

19   by the defendant and by the defendant's counsel.

20             Have I read the cooperation agreement, Court 6, in

21   its entirety accurately, counsel?

22             MR. LAVERNE:  Yes, Your Honor.  The Government has

23   one slight change to the agreement --

24             THE COURT:  Yes, sir.

25             MR. LAVERNE:  -- that I don't think the defense will
```

1    quarrel with.  On page 13, paragraph 15, final sentence of

2    that paragraph beginning with "nevertheless," the sentence

3    currently reads, "Nevertheless, the defendant affirms that he

4    wants to plead guilty," and then says, "and to waive his right

5    to appeal as set forth at the beginning of this paragraph."

6         We propose striking that portion of the sentence

7    referring to his right to appeal.  It's a mistake in the

8    agreement.  There is, in fact, no waiver, specific waiver of

9    right to appeal in this agreement.

10        THE COURT:  So the words you want stricken, just so

11   we're clear, are --

12        MR. LAVERNE:  "And to waive his right to appeal, as

13   set forth at the beginning of this paragraph."

14        THE COURT:  Okay.  I am striking that out, and I'm

15   going to ask if that is acceptable to defense counsel.

16        MR. BRAFMAN:  Yes, Your Honor.

17        THE COURT:  All right.  Mr. Jackson, would you have

18   the prosecutor and defense counsel and the defendant initial

19   the strike-out?  And Court 6 will be so amended.

20        THE CLERK:  (Complies.)

21        THE COURT:  As amended, may I have a motion to have

22   the Court Exhibit 6 admitted into evidence, please?

23        MR. BRAFMAN:  Yes, Your Honor.  We ask that you move

24   it into evidence.

25        THE COURT:  Any objection?

```
 1              MR. LAVERNE:  No objection to the admission.

 2   Understood.

 3              THE COURT:  All right.  It's admitted under seal.

 4              Okay, Mr. Jackson.

 5              Mr. Doe, unless your counsel wishes to be heard at

 6   this point or has any objection, the Court believes we may now

 7   turn to the procedures for taking your plea in this case.

 8              MR. BRAFMAN:  That's acceptable, Your Honor.  Thank

 9   you.

10              THE COURT:  Thank you, sir.

11              Mr. Doe, your attorney advises this Court that you

12   wish to plead guilty to the Information which I previously

13   read, and to do so pursuant to the Cooperation Agreement, both

14   of which I have just read to you.  Do you need to have me read

15   them again to you, sir?

16              THE DEFENDANT:  No, Your Honor.

17              THE COURT:  I say again, sir, this is a serious

18   decision and I must be certain that you make it understanding

19   your rights and the consequences of your plea.

20              You understand that having taken an oath and having

21   been sworn to tell the truth, you must do so to this Court.

22   If you were to lie to this Court deliberately in response to

23   any question I ask you, you could face further criminal

24   charges for perjury.  Do you understand that, sir?

25              THE DEFENDANT:  Yes, Your Honor.
```

1          THE COURT:  If you need me to repeat anything, sir,

2     you have only to have to ask.  It is important that you

3     understand everything that goes on in these proceedings today.

4     Is that clear?

5          THE DEFENDANT:  Yes, Your Honor.

6          THE COURT:  All right.  Again, sir, just so the

7     record is clear, how old are you?

8          THE DEFENDANT:  Forty-five years old.

9          THE COURT:  You have briefly described already your

10    educational background.

11          So, sir, I must be certain that whatever decision

12    you make today, you make with a clear head.  I'm going to ask

13    you some general questions about your health.

14          First, are you presently or have you recently been

15    under the care of a doctor, a physician, a psychiatrist or

16    psychologist for any reason?

17          THE DEFENDANT:  No, Your Honor.

18          THE COURT:  Sir, other than the alcohol you have

19    testified about earlier, in the past 24 hours, have you taken

20    any pills or any drugs or any medicine or consumed any alcohol

21    of any kind?

22          THE DEFENDANT:  No, Your Honor.

23          THE COURT:  Have you have been hospitalized or

24    treated for any drug-related problem, sir?

25          THE DEFENDANT:  No, Your Honor.

```
 1                 THE COURT:  Is your mind clear as you sit here
 2   today, sir?
 3                 THE DEFENDANT:  Yes, Your Honor.
 4                 THE COURT:   Do you understand everything that is
 5   being said to you, sir?
 6                 THE DEFENDANT:  Yes, Your Honor.
 7                 THE COURT:  Defense counsel, have you discussed the
 8   question of a guilty plea with your client?
 9                 MR. BRAFMAN:  Yes.  We had extensive discussions,
10   Your Honor.
11                 THE COURT:  In your view, sir, does he understand
12   the rights he would be waiving by pleading guilty?
13                 MR. BRAFMAN:  Yes, Your Honor.
14                 THE COURT:  Do you have any questions as to his
15   competence to proceed today?
16                 MR. BRAFMAN:  No, sir.
17                 THE COURT:  Mr. Doe, are you satisfied with the
18   assistance that your attorney has given you thus far in this
19   case?
20                 THE DEFENDANT:  Yes, Your Honor.
21                 THE COURT:  I'm going to ask counsel for the
22   defendant, do you feel, sir, that you need more time to
23   discuss the question of a guilty plea with your client?
24                 MR. BRAFMAN:  No, sir.
25                 THE COURT:  Sir, I previously read the charge to
```

1   you.  Do you need to hear them read again?

2           THE DEFENDANT:  No, Your Honor.

3           THE COURT:  Now, sir, you have a right to plead not

4   guilty to these charges.  No one can be forced to plead

5   guilty.  Do you understand that?

6           THE DEFENDANT:  Yes, Your Honor.

7           THE COURT:  If you plead not guilty to these charges

8   or if you persist in your plea of not guilty, you have a right

9   under the Constitution and the laws of the United States of

10  America to a speedy and a public trial before a jury of your

11  peers with the assistance of your counsel.  You understand

12  that, sir?

13          THE DEFENDANT:  Yes, Your Honor.

14          THE COURT:  At any trial, sir, you would be presumed

15  to be innocent.  You would not have to prove that you are

16  innocent.  This is because under our system of law, it is the

17  United States Government that must come forward with proof

18  that establishes beyond a reasonable doubt that you are, in

19  fact, guilty of the crimes charged.  If the Government failed

20  to meet this burden of proof, the jury would have the duty to

21  find you not guilty.  You understand that, sir?

22          THE DEFENDANT:  Yes, Your Honor.

23          THE COURT:  In the course of a trial, witnesses for

24  the Government would have to come here to this court and to

25  testify in your presence.  Your lawyer would have the right to

1   cross-examine these witnesses.  You can raise legal objections

2   to the evidence the Government sought to offer against you.

3   You can offer evidence on your behalf if you thought there was

4   evidence that might help you in your case.  You could compel

5   witnesses to come to court and to testify in your defense, if

6   you thought it would help your case.  Do you understand that?

7          THE DEFENDANT:  Yes, Your Honor.

8          THE COURT:  At a trial, you would have the right to

9   testify on your own behalf if you wished to do so.  On the

10  other hand, you could not be forced to be a witness at your

11  own trial.  This is because under the Constitution and the

12  laws of the United States of America, no person can be

13  compelled to be a witness against himself.  If you wish to go

14  to trial or chose not to testify, this Court would instruct

15  the jury that it could not hold that against you.  You

16  understand?

17         THE DEFENDANT:  Yes, Your Honor.

18         THE COURT:  If instead of going trial, sir, you

19  plead guilty to the crimes charged and if I accept your guilty

20  plea, you will be giving up your right to a trial and all the

21  other rights I've just discussed with you.  There will be no

22  trial in this case.  There will be no appeal on the question

23  of whether or not you did or did not commit the crimes set

24  forth in the Information.  You understand that, sir?

25         THE DEFENDANT:  Yes, Your Honor.

```
1              THE COURT:  Now, while this Court is not bound by

2    the Sentencing Guidelines, this Court will take them into

3    consideration in determining what a reasonable sentence would

4    be under all the circumstances available to me in this case.

5    You understand that, sir?

6              THE DEFENDANT:  Yes, Your Honor.

7              THE COURT:  If you do plead guilty, I will have to

8    ask you certain questions about what you did in order to

9    satisfy myself as the Court that you are, in fact, guilty of

10   the charges.  You will have to answer my questions and to

11   acknowledge your guilt, and if you do this, sir, you will be

12   giving up your right not to incriminate yourself.  You

13   understand?

14             THE DEFENDANT:  Yes, Your Honor.

15             THE COURT:  Sir, are you willing to give up your

16   right to a trial and to all the other rights I have just

17   discussed with you?

18             THE DEFENDANT:  Yes, Your Honor.

19             THE COURT:  Now, we have the written plea agreement

20   to which the plea is being offered, and that is being filed

21   and has been filed under seal, is that correct?

22             MR. LAVERNE:  Yes.

23             THE COURT:  Is that correct?

24             MR. BRAFMAN:  Yes, Your Honor.

25             THE COURT:  And it is your understanding that the
```

1    Cooperation Agreement is the agreement that was, in fact,

2    reached with the Government?

3            THE DEFENDANT:  Yes, Your Honor.

4            THE COURT:  Sir, did you hear and see everything the

5    prosecutor and your counsel just said?

6            THE DEFENDANT:  Yes, Your Honor.

7            THE COURT:  Did you read and sign the written

8    Cooperation Agreement?

9            THE DEFENDANT:  Yes, I did.

10           THE COURT:  Did you understand it?

11           THE DEFENDANT:  Yes, I do.

12           THE COURT:  And did you discuss it with your counsel

13   before you signed it?

14           THE DEFENDANT:  Yes, I did.

15           THE COURT:  We also have a written Forfeiture

16   Agreement, which is Court Exhibit 7, and that's been filed

17   under seal.

18           Do we have that, Mr. Jackson?

19           THE CLERK:  Yes, Your Honor.  (Handing.)

20           THE COURT:  Defense counsel, is it your

21   understanding that Court Exhibit 7, the Order of Forfeiture

22   is, in fact -- that it memorializes the Forfeiture Agreement

23   that was reached with the Government?

24           MR. BRAFMAN:  Yes, sir.

25           THE COURT:  All right.  I'm going to sign it and

```
 1    date it today, October 18th.  May I have a motion to have it

 2    admitted into evidence under seal, please?

 3              MR. BRAFMAN:  Yes, Your Honor, please.

 4              MR. LAVERNE:  No objection.

 5              THE COURT:  It's admitted under seal as Court

 6    Exhibit 7 in evidence, under seal.

 7              Sir, is there any other agreement that has been

 8    reached or that has been made in order to get you to plead

 9    guilty other than the written Cooperation Agreement?

10              THE DEFENDANT:  No, Your Honor.

11              THE COURT:  The Court has marked the Waiver of

12    Indictment as Court Exhibit 4 for identification.  That has

13    been admitted in evidence under seal, is that correct?

14              MR. BRAFMAN:  Yes, Your Honor.

15              MR. LAVERNE:  Yes, Your Honor.

16              THE COURT:  All right.  We have admitted the

17    Information, Court Exhibit 5 for identification.  Is that in

18    evidence?

19              MR. BRAFMAN:  Yes, sir.

20              MR. LAVERNE:  Yes, Your Honor.

21              THE COURT:  We have the Cooperation Agreement, Court

22    Exhibit 6 for identification.  May I have a motion to admit

23    that evidence --

24              MR. BRAFMAN:  Yes, sir.

25              THE COURT:  -- if it has not been admitted?
```

```
1              MR. BRAFMAN:  Yes, sir.

2              THE COURT:  Any objection?

3              MR. LAVERNE:  No Your Honor.

4              THE COURT:  It's admitted under seal.

5              We have Court Exhibit 7, the Forfeiture Agreement

6   that's been admitted under seal, in evidence.

7              Sir, do you understand the consequences of pleading

8   guilty to these charges in terms of incarceration?

9              THE DEFENDANT:  Yes, sir, Your Honor.

10             THE COURT:  Let me take you back to the Cooperation

11  Agreement and discuss with you some of the more important

12  information relevant to this sentencing.

13             Paragraph one of your agreement sets out the

14  statutory terms that you face.  These are the penalties that

15  are directly written by the Congress for violation of the

16  statutes you're charged with violating today.

17             On Count 1, Wire Fraud Conspiracy, you face a

18  maximum term of 20 years in prison.  You face a minimum term

19  of zero years of imprisonment on Count 1.  You understand

20  that?

21             THE DEFENDANT:  Yes, Your Honor.

22             THE COURT:  And you face a maximum supervised

23  release term of three years for Count 1.  Do you understand

24  that?

25             THE DEFENDANT:  Yes, Your Honor.
```

1          THE COURT:  And a minimum supervised release term of

2     zero years.  You understand that?

3          THE DEFENDANT:  Yes, Your Honor.

4          THE COURT:  You face a maximum fine, as well, in the

5     amount of $250,000.  You understand that?

6          THE DEFENDANT:  Yes, Your Honor.

7          THE COURT:  And restitution is applicable and

8     criminal forfeiture is applicable in this case.  Now, you also

9     face a mandatory special assessment of $100, which I'm

10    required to impose in all cases.  You understand that?

11         THE DEFENDANT:  Yes, Your Honor.

12         THE COURT:  In Count 2, the Money Laundering

13    Conspiracy, you face a maximum term of 20 years in prison and

14    a minimum term of zero years in prison.  Do you understand

15    that?

16         THE DEFENDANT:  Yes, Your Honor.

17         THE COURT:  You face a maximum supervised release

18    term of three years under Count 2.  You understand that?

19         THE DEFENDANT:  Yes, Your Honor.

20         THE COURT:  And a minimum supervised release term of

21    zero years.  You understand that?

22         THE DEFENDANT:  Yes, Your Honor.

23         THE COURT:  Under Count 2, you face a maximum fine,

24    as well, in the amount of $500,000 or twice the value of the

25    monetary instrument or funds involved, whichever is greater on

1    Count 2.  You understand that?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  Restitution is applicable in this case.

4    Criminal forfeiture is applicable in this case.  You also face

5    a mandatory special assessment of $100 on Count 2, which I'm

6    required to impose in all cases.  You understand that, sir?

7              THE DEFENDANT:  Yes, sir.

8              THE COURT:  In Count 3, Structuring, you face a

9    maximum term of ten years, a minimum term of zero years; a

10   maximum supervised release term of three years and a minimum

11   supervised release term of zero years.  Do you understand

12   that?

13             THE DEFENDANT:  Yes, Your Honor.

14             THE COURT:  And you face a maximum fine, as well, in

15   that count, the amount of $500,000 in Count 3.  You understand

16   that?

17             THE DEFENDANT:  Yes, Your Honor.

18             THE COURT:  And restitution is applicable.  Criminal

19   forfeiture is applicable in this case.  You understand that?

20             THE DEFENDANT:  Yes, Your Honor.

21             THE COURT:  Now, you also face a mandatory special

22   assessment of $100 in Count 3, which I'm required to impose in

23   all cases.  You understand that?

24             THE DEFENDANT:  Yes, Your Honor.

25             THE COURT:  The plea agreement provides the sentence

1  imposed on each count may run consecutively.  So as I said

2  before, sir, this is a Sentencing Guideline case, so in

3  sentencing you, this Court will have to take certain

4  considerations of the Guidelines into account.  The Guidelines

5  do not control the Court, but inform the Court and the Court

6  will consult them.

7          Defense counsel, have you discussed the Sentencing

8  Guidelines with your client?

9          MR. BRAFMAN:  Yes, Your Honor.

10         THE COURT:  Is that accurate, sir?

11         THE DEFENDANT:  Yes, it is, Your Honor.

12         THE COURT:  Now, when the Court sentences you, the

13  Court will have to consider certain factors about you and the

14  counts in the Information.  That inquiry will lead the Court

15  to a Guideline having a sentencing range.  The Court is not

16  required to sentence you within that range, sir.  This Court

17  is empowered to impose a sentence which is less than, equal

18  to, or greater than that provided by the Guidelines, obviously

19  subject to the statutory minimum and maximum constraints --

20  but in all cases including this one, this Court must and will

21  consult the Guidelines concerning the range of sentence before

22  this Court in this case.

23         Now, before the Court imposes sentence, the Court

24  will receive a report prepared by the Probation Department,

25  which will recommend a particular Guideline to the Court.  You

1    and your counsel will have the opportunity to see that report,

2    and if you think that that report is mistaken, incomplete or

3    simply wrong in any way, you will have the opportunity to

4    bring that to the attention of this Court.

5            Now, sir, do you have any questions at all you would

6    like to ask this Court?

7            THE DEFENDANT:  No, Your Honor.  Thank you.

8            THE COURT:  Does defense counsel have any questions?

9            MR. BRAFMAN:  No, Your Honor.  Thank you, sir.

10           THE COURT:  Thank you.

11           Does the prosecution have any questions?

12           MR. LAVERNE:  Yes.  Thank you, Your Honor.

13           I just would respectfully request that the Court

14   advise the defendant that he does have the right in this case

15   to be prosecuted by way of Indictment and be indicted by a

16   grand jury, just to make sure he understands that he has that

17   right but nonetheless, as he has said in the Waiver of

18   Indictment that was just handed up, he consents to being

19   proceeded against in this case by Information.

20           THE COURT:  All right.  Do you understand that you

21   do have the right to insist on being indicted by a grand jury?

22           THE DEFENDANT:  Yes, Your Honor.

23           THE COURT:  And you understand that you're waiving

24   that right and the Government is proceeding against you by way

25   of Information, with no grand jury involved?

```
 1              THE DEFENDANT:  Yes, Your Honor.

 2              MR. LAVERNE:  Your Honor, one more small point.

 3              THE COURT:  Sure.

 4              MR. LAVERNE:  I would ask that Your Honor please

 5    inquire, again, just verbally on the record, make sure the

 6    defendant understands that pursuant to conviction on Counts 1

 7    and 2, he may well be removed from the country as a result.

 8    In fact, it's a presumptive removal in this case and that he

 9    nonetheless wishes to enter a plea of guilty.

10              THE COURT:  Okay.  Well, I read that several times

11    to you and the prosecution correctly -- because this is an

12    important point -- raises it again.  You do understand that

13    the nature of these claims would result in the presumptive

14    removal from the United States if you are not, in fact, a

15    United States citizen.  Do you understand that, sir?

16              THE DEFENDANT:  Yes, Your Honor.

17              THE COURT:  And I take it you are not a United

18    States citizen, is that correct?

19              THE DEFENDANT:  No, I'm not, Your Honor.

20              THE COURT:  Okay.

21              MR. LAVERNE:  Thank you.  I appreciate it.

22              THE COURT:  All right.  Defense counsel, do you know

23    of any reason at all why your client should not enter a plea

24    of guilty to the charges in the Information?

25              MR. BRAFMAN:  No, Your Honor.
```

```
 1              THE COURT:  Sir, are you aware of any viable legal

 2    defense to the charges in the Information?

 3              MR. BRAFMAN:  No, Your Honor.

 4              THE COURT:  Mr. Doe, are you ready to plead?

 5              THE DEFENDANT:  Yes, Your Honor.

 6              THE COURT:  Sir, how do you plead to the charges

 7    contained in Count 1 of the Information filed against you in

 8    this case, guilty or not guilty?

 9              THE DEFENDANT:  Guilty.

10              THE COURT:  Sir, how do you plead to the charge

11    contained in Count 2 of the Information filed against you in

12    this case, guilty or not guilty?

13              THE DEFENDANT:  Guilty.

14              THE COURT:  Sir, how do you plead with respect to

15    the charge contained in Count 3 of the Information filed

16    against you in this case, guilty or not guilty?

17              THE DEFENDANT:  Guilty.

18              THE COURT:  Sir, are you making these pleas of

19    guilty voluntarily and of your own free will?

20              THE DEFENDANT:  Yes, Your Honor.

21              THE COURT:  Sir, has anyone threatened or forced you

22    to plead guilty?

23              THE DEFENDANT:  No, Your Honor.

24              THE COURT:  Other than the agreement with the

25    Government, Cooperation Agreement, has anyone made you any
```

```
 1   promises that caused you to plead guilty?

 2             THE DEFENDANT:  No, Your Honor.

 3             THE COURT:  Sir, has anyone made any promises to you

 4   about the sentence you will receive in this case?

 5             THE DEFENDANT:  No, Your Honor.

 6             THE COURT:  Sir, please describe briefly in your own

 7   words what you did to commit the crime charged in Count 1 of

 8   the Information and where you did it.  We're going to do this

 9   count-by-count, all right?

10             MR. BRAFMAN:  Your Honor, for the convenience of the

11   Court, we have a --

12             THE COURT:  Have you done the allocution?

13             MR. BRAFMAN:  Done the allocution and it

14   incorporates all counts.  I think it does them

15   chronologically.

16             THE COURT:  All right.  Why don't we do it that way,

17   then.

18             So I'm going to ask you to describe in your own

19   words what you did to commit the crimes charged in Count 1 of

20   the Information, in Count 2 of the Information, and in Count 3

21   of the Information, and in so doing, I'm going to ask you to

22   describe where you committed those crimes, as well.  So with

23   that, please proceed.

24             THE DEFENDANT:  In between 2005 and 2011, within the

25   Southern District of Florida and elsewhere.
```

 1          THE COURT:  Within the Southern District of Florida.

 2  Go ahead.

 3          THE DEFENDANT:  And elsewhere.  I agreed with -- I

 4  agreed with others to purchase tickets --

 5          THE COURT:  Take your time.  Take a drink of water.

 6  Slowly and loudly.  Channel your inner Lord Vader, not your

 7  inner Woody Allen, okay?  That's what I say all the time.  So

 8  --

 9          THE DEFENDANT:  It's the price of a West Indies

10  accent.

11          THE COURT:  I understand.  And also, the price of a

12  Woody Allen accent, of being New Yorkers.  Take your time.

13  This is very important.  Go ahead.

14          THE DEFENDANT:  I agreed with others to purchase

15  tickets to the 2006 and 2010 FIFA World Cup, and resell at a

16  substantial profit.

17          In 2006, I purchased the tickets directly from FIFA,

18  and I misled FIFA to believe that my partner in reselling the

19  tickets was not involved in the transaction, because I

20  believed that FIFA would not have sold them to me had he been

21  involved.

22          In 2010, I purchased tickets from others in order to

23  mislead FIFA to believe that I was not receiving tickets,

24  because I believed that FIFA would no longer sell tickets

25  directly to me.  In furtherance of this agreement, I sent and

```
1    received emails across state and international lines.

2              In between 2005 and 2011, within the Southern

3    District of Florida and elsewhere, I agreed with others to

4    complete wire transfers from the United States to and from a

5    place outside of the United States to further the

6    previously-mentioned fraud to resell tickets to the 2006 and

7    2010 World Cups.

8              MR. BRAFMAN:  Your Honor, if I may interrupt just

9    for a moment?

10             THE COURT:  Yes?

11             MR. BRAFMAN:  With respect to Counts 1 and 2 of the

12   Information, the defendant, after consultation with counsel,

13   is prepared to waive venue and plead guilty to those crimes in

14   the Eastern District of New York.

15             THE COURT:  Well, I was going to ask him, did you

16   engage in any of this activity within the Eastern District of

17   New York at all or are you just waiving venue?  I want to know

18   whether or not you did any activity here in the Eastern

19   District of New York or not, as a factual matter, then we can

20   talk about the waiver of venue.

21             MR. BRAFMAN:  We are not aware of any conduct within

22   the Eastern District of New York with respect these two

23   counts, and he is waiving venue with respect to Count 3.

24   There is activity in the Eastern District of New York.

25             THE COURT:  Okay.  You understand, sir, what it
```

1   means to waive venue?

2              THE DEFENDANT:  Yes, I do.

3              THE COURT:  Okay.  What is your understanding of

4   what that means?

5              THE DEFENDANT:  I could be prosecuted if something

6   happened, although it's at another location.

7              THE COURT:  Say that again, a little bit louder?

8              THE DEFENDANT:  Sorry.  I could be prosecuted for

9   something that occurred, even though it was not in that

10  location or at that location.

11             THE COURT:  All right.  Just so we're clear, in

12  terms of your activities with respect to Count 1, you're

13  saying you didn't do anything in the Eastern District of New

14  York, but you're waiving venue with respect to Eastern

15  District of New York with respect to Count 1?  Is that what

16  you're saying?

17             THE DEFENDANT:  Yes, Your Honor.

18             THE COURT:  Now, respect to Count 2, same thing,

19  you're waiving venue objections with respect to Count 2 and

20  you're saying you didn't do anything within the Eastern

21  District of New York with respect to Count 2, is that right?

22             THE DEFENDANT:  Yes, Your Honor.

23             THE COURT:  Now, with respect to Count 3, you're

24  saying you did, in fact, engage in activity in the Eastern

25  District of New York with respect to Count 3?

                    LISA SCHMID, CCR, RMR

```
 1            THE DEFENDANT:  Yes, Your Honor.
 2            THE COURT:  Okay.  What did you do in the Eastern
 3   District of New York with respect to Count 3?
 4            THE DEFENDANT:  In between July 2011 and
 5   December 2011, in Queens, New York and other places, I
 6   deposited cash into domestic banks in amounts less than
 7   10,000, to avoid the banks filing the requisite reports for
 8   cash deposits in excess of 10,000.
 9            I was aware that the banks were obligated to report
10   currency transactions in excess of 10,000, and I made the
11   deposits in smaller amounts to evade this requirement.  I made
12   the deposits and violated the law as part of a pattern of
13   illegal activity --
14            THE COURT:  "I made the deposits as part of a
15   pattern of illegality," is that what you said, sir?
16            THE DEFENDANT:  Yes, Your Honor.
17            THE COURT:  Okay. Go ahead.
18            THE DEFENDANT:  Involving more than 100,000, within
19   the July 2011 to December 2011 period.
20            THE COURT:  Involving amounts of more than $100,000,
21   is that what you said, sir?
22            THE DEFENDANT:  Yes, Your Honor.
23            THE COURT:    All right.
24            MR. LAVERNE:  I'm sorry.  Your Honor, just so we
25   have it clear on the record, if the defendant would just
```

```
 1   reread the final sentence?

 2           THE DEFENDANT:  The final paragraph:  "I was aware

 3   that the banks were obligated to report currency transactions

 4   in excess of $10,000, and I made the deposits in smaller

 5   amounts to evade this requirement.  I made the deposits and

 6   violated the law as part of a pattern of illegal activity

 7   involving more than 100,000, within the July 2011 to

 8   December 2011 period."

 9           THE COURT:  All right.  I'm going to ask the court

10   reporter to read back what she got, and we'll just make sure

11   that -- we'll take it from there.

12           Why don't you read back what you got?

13           (Record read.)

14           MR. BRAFMAN:  Your Honor, may we go back on the

15   record for a moment?

16           THE COURT:  Sure.

17           MR. BRAFMAN:  Make I make a suggestion just to help

18   expedite matters to ensure accuracy, because I realize how

19   meticulous Your Honor is in taking the plea?

20           There is a typed allocution that the defendant has

21   adopted as his words.  Unfortunately, it had to be rewritten

22   in portions based on the discussions this morning with the

23   Government, so we don't have a typed version.

24           But may I suggest one of two things?  Either we hand

25   the document to the reporter or perhaps if I could read it,
```

```
 1    slowly and clearly with the defendant sitting beside me, and

 2    then the defendant could acknowledge that that's exactly what

 3    he said, because there are some important mistakes, through no

 4    fault of the stenographer, that this might avoid.

 5             THE COURT:  I would suggest you read it slowly and

 6    clearly with your client next to you and have him adopt the

 7    statements, and I would suggest that we mark as an exhibit the

 8    written document for our friends across the harbor.

 9             MR. BRAFMAN:  That's fine.

10             THE COURT:  I would suggest both.

11             MR. BRAFMAN:  I have no objection to that.  Let me

12    read it, sir.

13             MR. LAVERNE:  And the Government has no objection.

14    I also would just say that, having spoken to the defendant

15    about the allocution before this proceeding and having sat

16    here and listened to the defendant say it, although it has

17    been difficult, I believe what he said in court, even though

18    it wasn't all recorded accurately was consistent with what the

19    allocution that is about to be put into evidence is.

20             MR. BRAFMAN:  So do I, sir.  There is no question

21    about that.

22             THE COURT:  So does this Court, but as I said, I

23    have friends across the harbor on the 17th Floor and they will

24    get the record as they get it.  So let's do it with this in

25    mind.
```

```
 1              MR. BRAFMAN:  Just so the 17th Floor recognizes that
 2    I am not pleaing guilty to any of this.
 3              THE COURT:  I'm sure they recognize that, sir.
 4              MR. BRAFMAN:  Thank you, Your Honor.
 5              This is the defendant's allocution, who is sitting
 6    beside me:  "In between 2005 and 2011, within the Southern
 7    District of Florida and elsewhere, I agreed with others to
 8    purchase tickets to the 2006 and 2010 FIFA World Cups, and
 9    resell at a substantial profit.  In 2006, I purchased the
10    tickets directly from FIFA, and I misled FIFA to believe that
11    my partner in reselling the tickets was not involved in the
12    transaction, because I believe that FIFA would not have sold
13    them to me had he been involved.
14              In 2010, I purchased tickets from others, in order
15    to mislead FIFA to believe that I was not receiving tickets,
16    because I believed that FIFA would no longer sell tickets
17    directly to me.  In furtherance of this agreement, I sent and
18    received emails across state and international lines.
19              In between 2005 and 2011, within the Southern
20    District of Florida and elsewhere, I agreed with others to
21    complete wire transfers from the United States to and through
22    a place outside of the United States, to further and promote
23    the previously-mentioned fraud to resell tickets to the 2006
24    and 2010 World Cups.
25              In between July 2011 and December 2011, in Queens,
```

1    New York, and other places, I deposited cash into domestic

2    banks in amounts less than $10,000 to avoid the banks filing

3    the requisite reports for cash deposits in excess of $10,000.

4    I was aware that the banks were obligated to report currency

5    transactions in excess of $10,000, and I made the deposits in

6    smaller amounts to evade this requirement.  I made the

7    deposits and violated the law as part of a pattern of illegal

8    activity involving more than $100,000 within the July 2011 to

9    December 2011 period."

10           That completes the allocution, Your Honor, and we

11   would be prepared to hand up the written printed paper that we

12   read from, and have it marked as an exhibit.

13           THE COURT:  Before you do that, sir --

14           Mr. Doe, is that, in fact, your allocution?

15           THE DEFENDANT:  Yes, it is, Your Honor.

16           THE COURT:  Okay.  I'm going to ask you to initial

17   that piece of paper and to date it today's date, which is

18   October the 18th, 2013.

19           And what's the next exhibit number?  Is that number

20   eight?

21           THE CLERK:  Eight, Judge.

22           THE COURT:  All right.  We'll mark that as Court

23   Exhibit Number 8.  Would you show it to the prosecution and

24   see if they have any objection to it being marked as an

25   exhibit under seal and in evidence?

```
 1                    MR. BRAFMAN:  (Complies.)

 2                    Any objection?

 3                    MR. LAVERNE:  I do not have an objection, Your

 4       Honor.

 5                    THE COURT:  All right.  It is admitted into evidence

 6       as Court Exhibit 8, under seal, and it is a statement of

 7       Mr. Doe.

 8                    All right.  The Court finds, based on the

 9       information provided to this Court, that the defendant is

10       acting voluntarily, that he fully understands the charges,

11       that he fully understands his rights, and he fully understands

12       the consequences of his plea.

13                    The Court further finds that there is, moreover, a

14       factual basis for the plea.  I therefore accept the plea of

15       guilty as to Count 1, Count 2 and Count 3 of the Information.

16                    MR. LAVERNE:  Your Honor, I'm sorry to interrupt

17       again.

18                    THE COURT:  That's all right.

19                    MR. LAVERNE:  I could be wrong, but I believe we

20       started with his plea to Count 1, which we received with the

21       expectation as Your Honor suggested of going through the

22       allocution with respect to each count.  We then had an

23       allocution to all three counts, but I'm not sure if we had

24       actually him plead guilty to Counts 2 and 3.

25                    MR. BRAFMAN:  Your Honor, I think the record will
```

```
 1   reflect that he said the word "guilty" three separate times.
 2   I have it in my notes.
 3               THE COURT:  He did, but that's okay.  I like to do
 4   belt and suspenders.  I heard him say it three times.  You
 5   heard him say it three times.  The prosecutor didn't hear him
 6   say it three times.  So let's do it again.
 7               MR. LAVERNE:  Thank you.
 8               THE COURT:  Sir, did you plead guilty with respect
 9   to Count 1?
10               THE DEFENDANT:  Yes, Your Honor.
11               THE COURT:  Sir, did you plead guilty with respect
12   to Count 2?
13               THE DEFENDANT:  Yes, Your Honor.
14               THE COURT:  Sir, did you plead guilty with respect
15   to Count 3?
16               THE DEFENDANT:  Yes, Your Honor.
17               THE COURT:  And when I say "Counts," I'm referring
18   to the Counts of the Information, is that correct?
19               THE DEFENDANT:  Yes, Your Honor.
20               THE COURT:  All right.
21               Anything else?
22               MR. LAVERNE:  Thank you, Your Honor.
23               THE COURT:  Okay.  I accept the pleas of guilty to
24   Count 1, to Count 2, and to Count 3 of the Information from
25   the defendant, John Doe.
```

```
1              Is there a bail application?

2              MR. LAVERNE:  Your Honor, I'm not aware of any

3     application.  I think the parties both agree that the current

4     bail conditions, which include a substantial cash amount

5     deposited with the clerk and the security of other property --

6     of other automobiles in this case is sufficient, and that bail

7     should be continued under those terms.

8              THE COURT:  Any objection to that?

9              MR. BRAFMAN:  No, Your Honor.

10             THE COURT:  All right.  Then bail is continued on

11    the terms and conditions under which it currently exists.

12             I hereby order the Probation Department to set an

13    appropriate date for sentencing, in consultation with this

14    Court.

15             Is there anything further that either counsel or the

16    defendant wishes to state to the Court today?

17             MR. BRAFMAN:  Yes, Your Honor, on the question of

18    sentencing, sir?

19             THE COURT:  Yes?

20             MR. BRAFMAN:  We would ask that the Probation

21    Department not begin trying to prepare a report at this time.

22    It's anticipated that sentencing in this case may be delayed

23    for a significant period on consent of the defendant, so that

24    he can comply with the terms of his Cooperation Agreement.

25             I think if Probation were to begin now, it would be
```

```
1    very premature and perhaps almost impossible, given the nature

2    of the investigation.  I think the Government would consent to

3    the application.

4               MR. LAVERNE:  We have no objection to holding the

5    PSR in abeyance at this time.

6               THE COURT:  I certainly have no objection to your

7    making a request of Probation that they hold the preparation

8    of the PSR in abeyance.  My experience is that they've got

9    lots on their plate --

10              MR. BRAFMAN:  That's correct.

11              THE COURT:  -- and it's not likely that they're

12   about to zoom ahead with this, in light of where we are in the

13   real world on this.

14              I can understand your concerns as to theoretical

15   matters, but I think even post-Government shutdown, in the

16   world of the sequester and everything else going on, I

17   wouldn't worry about that.

18              MR. BRAFMAN:  Thank you, sir.

19              THE COURT:  I thank you.

20              MR. LAVERNE:  Thank you very much.

21              THE COURT:  Anything else I can help you gentlemen

22   with today?

23              MR. BRAFMAN:  No.  Thank you for your patience, sir.

24              THE COURT:  All right.  I thank you for your

25   patience and your time.  All right.  We are adjourned.
```

1          MR. NORRIS:  Thank you, Your Honor.

2          MR. LAVERNE:  Thank you.

3          (Sentencing concluded.)

1

2

3

4    Court's Exhibit 1                    4
      Court's Exhibit 2                    4
5    Court's Exhibit 3                    5
      Court's Exhibit 6                   25
6    Court's Exhibit 4                   26
      Court's Exhibit 6                   45
7    Court's Exhibit 7                   52
      Court's Exhibit 4                   52
8    Court's Exhibit 8                   69
                                          24

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$1,177,843.95 [1]   33/15
$1,177,843.95 [1]   33/15
$10,000 [11]   18/24 19/18 19/19 19/21 20/10 20/11 20/15 64/4 67/2 67/3 67/5
$100 [6]   26/24 27/19 28/12 53/9 54/5 54/22
$100,000 [3]   20/17 63/20 67/8
$200,000 [1]   34/18
$250,000 [2]   26/21 53/5
$500,000 [4]   27/15 28/8 53/24 54/15

**'**

'11 [1]   14/1
'Applicable [1]   35/1
'football.' [1]   13/7
'John [2]   6/19 9/1
'Structuring' [1]   19/11
'Structuring.' [1]   19/22
'Two [1]   16/14
'United [1]   8/8

**-**

---------------------------------x [2]   1/2 1/6

**1**

10 [1]   3/17
10,000 [3]   63/7 63/8 63/10
100,000 [2]   63/18 64/7
10017 [1]   1/17
1010.100 [2]   18/17 19/13
1010.311 [1]   19/1
104 [1]   18/20
11 [3]   26/4 40/10 42/8
11201 [4]   1/5 1/13 1/22 35/24
12 [1]   15/23
12-month [1]   20/17
121 [1]   8/4
13 [4]   1/3 2/4 9/18 43/1
1343 [4]   17/16 18/8 26/14 26/16
1349 [6]   17/17 26/10 26/14 26/16 33/10 33/25
14 [4]   27/2 27/22 28/15 30/19
15 [2]   17/2 43/1
150 [1]   8/19
16 [5]   8/20 17/1 30/21 31/11 42/9
17 [3]   17/21 30/21 31/12
17th [7]   3/15 3/25 25/5 25/8 42/16 65/23 66/1
18 [49]   1/5 8/19 17/16 17/17 18/8 18/9 18/10 20/19 20/24 21/17 21/18 21/23 22/12 22/15 26/9 26/10 26/14 26/15 26/20 26/21 26/23 26/25 27/21 27/5 27/7 27/8 27/16 27/18 27/19 27/22 27/24 28/7 28/12 28/13 28/17 28/24 33/10 33/12 33/25 34/4 34/7 35/9 35/14 36/6 36/9 38/7 38/15 41/21
189 [1]   8/3
18th [6]   3/17 9/8 29/12 34/22 51/1 67/18
19 [2]   42/8 42/9
1956 [8]   18/9 18/10 26/10 27/7 27/9 27/17 33/10 34/4
1963 [2]   8/18 36/9
1972 [1]   8/19
1994 [1]   31/3
1995 [1]   8/5

**2**

20 [5]   19/23 26/14 27/7 52/18 53/13
2005 [9]   8/3 14/1 17/5 17/23 31/4 59/24 61/2 66/6 66/19
2006 [20]   13/17 13/20 13/23 14/7 14/8 14/11 14/18 15/8 15/11 15/16 15/21 15/24 16/9 33/17 60/15 60/17 61/6 66/8 66/9 66/23
2007 [1]   30/11

2010 [13]   13/18 13/21 13/23 15/23 16/2 16/7 16/25 60/15 60/22 61/1 66/8 66/11 66/24
2011 [24]   17/5 17/23 20/1 20/2 31/3 31/5 31/6 31/6 31/9 31/9 59/24 61/2 63/4 63/5 63/19 63/19 64/7 64/8 66/6 66/19 66/25 66/25 67/8 67/9
2012 [8]   30/12 39/22 40/13 42/7 42/7 42/8 42/8 42/8
2013 [16]   1/5 3/15 3/17 4/1 9/9 29/12 34/20 34/22 42/9 42/9 42/9 42/10 42/10 42/10 42/16 67/18
208 [1]   13/10
20th [1]   42/9
21 [14]   18/18 21/13 21/19 22/11 22/16 23/8 23/11 27/3 27/23 28/15 34/1 34/6 34/1 36/18
22 [1]   19/2
225 [2]   1/4 1/22
23 [1]   19/7
2379 [1]   1/23
24 [4]   3/10 11/20 19/23 45/19
2461 [7]   21/1 21/15 21/18 27/3 27/23 33/13 34/2
25 [2]   19/22 34/20
26 [1]   42/10
2644 [1]   1/23
27 [1]   20/21
271 [2]   1/12 35/23
28 [8]   20/25 21/14 27/3 27/22 33/13 34/2 36/9 42/10

**3**

30 [1]   42/7
3006 [1]   38/8
3013 [3]   26/25 27/20 28/13
30th [2]   39/22 40/13
31 [19]   18/16 18/24 18/25 19/9 19/12 20/5 20/17 22/18 22/21 23/11 26/10 28/1 28/2 28/8 28/16 33/10 33/13 34/9 34/12
32 [1]   13/16
32.2 [1]   34/14
3500 [1]   8/19
3551 [3]   17/17 18/10 20/19
3553 [1]   28/24
3571 [1]   26/22
3583 [3]   26/21 27/14 28/8
3663 [7]   26/24 26/24 27/18 27/19 28/12 36/6 36/7
373 [1]   8/18
396 [1]   8/3
3d [2]   8/3 8/4
3E1.1 [2]   29/9 29/14

**4**

405 [1]   8/19
410 [1]   40/11

**5**

5311 [1]   19/10
5313 [2]   18/25 20/6
5317 [5]   22/21 23/11 28/16 33/14 34/12
5324 [8]   20/18 20/18 26/11 28/1 28/2 28/9 33/11 34/9
584 [2]   1/3 9/18
5K1.1 [1]   32/14

**6**

63 [1]   8/4
6H [1]   3/17

**7**

718-613-2379 [1]   1/23
718-613-2644 [1]   1/23
767 [1]   1/16

**8**

83 [1]   9/18
853 [13]   21/14 21/19 22/11 22/16 23/8 23/12 27/4 27/23 28/16 34/2 34/6 34/11 36/18
863 [1]   2/4

**9**

981 [1]   20/25 21/19 27/3 33/12
982 [8]   21/24 22/12 22/15 22/15 27/22 27/22 33/13 34/7
983 [2]   35/9 35/14

**A**

abetting [1]   30/24
abeyance [2]   71/5 71/8
ability [4]   12/1 31/19 32/1 32/3
about [20]   11/23 12/8 14/1 17/5 17/23 20/1 31/3 31/5 31/8 45/13 45/19 49/8 55/13 59/4 61/20 65/15 65/19 65/21 71/12 71/17
above [13]   7/22 7/24 21/5 22/3 22/25 25/9 29/11 39/7 39/8 39/9 39/11 39/16 41/21
above-described [3]   21/5 22/3 22/25
accent [2]   60/10 60/12
accept [3]   48/19 68/14 69/23
acceptable [6]   10/6 10/7 10/8 10/20 43/15 44/8
acceptance [1]   29/6 32/23 39/6
accepted [1]   29/10
access [5]   4/9 5/1 5/5 7/25 9/3
accommodate [1]   31/22
accommodating [1]   2/13
accomplish [1]   37/7
accordance [12]   20/24 21/23 22/20 28/20 34/1 34/6 34/11 35/13 36/8 40/5 41/16 41/21
according [1]   31/20
Accordingly [1]   8/2
account [1]   55/4
accounts [1]   20/12
accrue [1]   36/12
accuracy [2]   33/1 64/18
accurate [2]   39/16 38/21 55/10
accurately [3]   23/16 42/21 65/18
acknowledge [2]   24/16 49/11 65/2
acknowledges [3]   33/8 35/3 36/1
across [5]   25/6 61/1 65/8 65/23 66/18
act [3]   21/6 22/4 36/19
acting [1]   68/10
action [1]   23/1
activities [5]   7/10 7/16 29/21 30/1 62/12
activity [11]   18/7 20/16 29/3 39/15 61/16 61/18 61/24 62/24 63/13 64/6 67/8
actually [2]   25/11 68/24
addition [1]   37/17
additional [5]   11/10 29/13 37/10 38/10 39/7
adequately [3]   4/25 7/20 32/1
adjourned [1]   71/25
adjournments [1]   30/8
adjustment [1]   39/5
administrative [5]   35/5 35/7 35/15 37/3 42/4
admission [1]   44/1
admit [8]   51/22
admitted [16]   23/19 23/22 23/24 24/20 24/23 24/24 43/22 44/3 51/2 51/5 51/13 51/16 51/25 52/4 52/6 68/5
adopt [1]   65/6
adopted [1]   64/21
advance [2]   8/16 14/7
advanced [1]   31/17
adversely [1]   32/2
advise [2]   29/1 56/14
advised [1]   14/18
advises [1]   44/11
advisory [2]   28/22 32/16

**A**
affairs [1] 30/17
affect [1] 32/2
affirms [4] 38/16 41/3 41/22 43/3
Africa [1] 13/18
African [1] 31/1
after [8] 11/14 14/14 16/21 36/5 39/22 39/24 40/13 61/12
afternoon [1] 5/14
again [9] 44/15 44/17 45/6 47/1 57/5 57/12 62/7 68/17 69/6
against [13] 30/22 31/11 37/1 37/11 40/4 48/2 48/13 48/15 56/19 56/24 58/7 58/11 58/16
agencies [1] 15/17
agent [2] 9/23 13/22
agents [3] 14/16 30/2 39/22
ago [1] 3/10
agree [5] 6/1 6/4 26/6 28/9 70/3
agreed [8] 14/10 15/13 60/3 60/4 60/14 61/3 66/7 66/20
agreement [42] 24/1 24/5 25/3 26/2 32/7 32/13 32/22 37/5 37/8 39/2 39/5 39/19 39/24 40/3 40/4 40/7 42/1 42/12 42/14 42/20 42/23 43/8 43/9 44/13 49/19 50/1 50/1 50/8 50/16 50/22 51/7 51/9 51/21 52/5 52/11 52/13 54/25 58/24 58/25 60/25 66/17 70/24
agreements [3] 42/7 42/11 42/15
agrees [15] 29/18 29/21 30/3 30/5 30/9 30/18 30/20 31/13 33/2 35/14 36/20 36/24 38/1 38/5 38/12
ahead [4] 60/2 60/13 63/17 71/12
aided [1] 1/25
aiding [1] 30/24
Alcantara [1] 8/3
alcohol [2] 45/18 45/20
alcoholic [2] 11/20 11/22
all [65] 2/1 3/1 3/6 6/20 7/8 8/7 9/10 10/5 11/24 12/2 12/13 12/24 13/3 18/8 18/11 20/16 21/2 21/25 25/14 26/1 29/3 29/19 29/21 29/22 35/18 36/1 37/19 38/6 38/20 40/9 42/13 43/17 44/3 45/6 48/20 49/4 49/16 50/25 51/16 53/10 54/6 54/13 55/2 55/6 56/20 57/22 57/23 59/9 59/14 59/16 60/7 61/17 62/11 63/23 64/9 65/18 67/22 68/5 68/8 68/18 68/23 69/20 70/10 71/24 71/25
allegation [5] 20/21 21/17 21/20 22/15 23/11
allegations [4] 17/2 17/20 19/23 22/17
alleged [6] 17/3 17/21 19/24 31/3 31/6 33/11
Allen [2] 60/7 60/12
allocution [11] 29/7 59/12 59/13 64/20 65/15 65/19 66/5 67/10 67/14 68/22 68/23
allotment [1] 16/18
allow [1] 32/16
almost [1] 71/1
along [1] 16/22
already [1] 45/9
also [12] 3/18 5/16 9/22 24/1 25/17 39/13 50/15 53/8 54/4 54/21 60/11 65/14
alter [1] 31/22
alternatives [3] 4/24 5/2 7/19
although [3] 28/19 62/6 65/16
am [4] 24/19 25/6 43/14 66/2
Amanda [2] 25/10 25/15
amended [4] 9/5 30/13 43/19 43/21
Amendment [5] 4/9 5/5 7/25 37/24 38/7
AMERICA [1] 1/12
American [1] 13/12
among [6] 13/19 14/16 15/12 19/3 36/2 39/20
amount [11] 19/14 26/23 27/17 33/19 34/15 35/4 36/17 53/5 53/24 54/15 70/4

amounts [6] 63/6 63/11 63/20 64/5 67/2 67/6
and/or [10] 3/7 8/19 30/25 33/25 34/5 34/10 37/5 37/14 37/19 37/21
another [1] 62/6
answer [1] 49/10
anticipated [1] 70/22
any [121]
anyone [4] 5/11 58/21 58/25 59/3
anything [6] 45/1 62/13 62/20 69/21 70/15 71/21
apart [1] 42/6
apparent [1] 4/13
appeal [6] 38/17 43/5 43/7 43/9 43/12 48/22
appear [1] 6/10
appearance [1] 2/24
appearances [3] 1/10 2/5 9/19
applicable [13] 26/7 28/22 35/21 36/11 36/15 36/19 41/17 53/7 53/8 54/3 54/4 54/18 54/19
application [2] 70/1 70/3 71/3
apply [1] 32/18
applying [1] 32/16
appreciate [1] 57/21
appropriate [3] 28/24 41/10 70/13
approved [1] 25/17
approximate [1] 14/2 17/24 20/2
are [47] 2/3 2/23 3/1 3/12 5/2 5/21 6/7 6/12 8/13 9/11 9/17 10/18 10/23 12/25 16/13 17/2 17/21 19/23 28/21 29/24 35/1 38/1 38/2 40/18 40/23 41/5 41/24 43/11 45/7 45/14 46/17 47/15 47/18 49/9 49/15 52/14 52/15 57/14 57/17 58/1 58/4 58/18 61/17 61/21 65/3 71/12 71/25
arguments [2] 5/22 7/5
arrive [1] 28/24
artifice [2] 17/9 17/12
as [112]
ascertainment [1] 30/10
ask [18] 5/23 12/24 23/21 43/15 43/23 44/23 45/2 45/12 46/21 49/8 56/6 57/4 59/18 59/21 61/15 64/9 67/16 70/20
asked [2] 15/3 16/13
assessment [8] 26/24 27/19 28/13 32/25 38/12 53/9 54/5 54/22
assets [4] 34/1 34/5 34/10 36/24
assist [4] 19/8 20/7 36/20 36/25
assistance [6] 32/3 32/6 32/11 32/21 46/18 47/11
assistant [3] 1/14 25/18 35/22
associated [4] 3/8 6/22 8/13 15/17
ASSOCIATES [1] 1/16
Association [1] 13/5
associations [1] 13/10
attempt [2] 28/10 38/22
attempted [2] 14/23 39/1
attempting [1] 19/13
attend [1] 29/19
attention [1] 56/4
attorney [14] 1/11 13/2 14/10 16/14 23/13 25/9 29/17 29/22 35/22 36/7 40/25 42/18 44/11 46/18
Attorney's [3] 26/5 29/1 35/23
Attorneys [1] 1/14
auditing [2] 15/9 15/14
Australia [1] 11/10
authorities [1] 32/12
authority [8] 2 41/12 42/2
automatic [3] 38/19 41/6 41/25
automobiles [1] 70/6
availability [1] 36/3
available [1] 49/4
Avenue [1] 1/16
avoid [4] 25/5 63/7 65/4 67/2
aware [7] 15/23 58/1 61/21 63/9 64/2 67/4

70/2
back [5] 11/17 52/10 64/10 64/12 64/14
background [2] 11/1 45/10
bail [4] 70/1 70/4 70/6 70/10
balance [1] 34/21
bank [1] 35/19
banks [7] 63/6 63/7 63/9 64/3 67/2 67/2 67/4
barred [1] 40/2
based [8] 7/4 12/11 14/4 14/9 15/22 37/22 64/22 68/8
basis [1] 5/23 68/14
bbb [1] 18/17
be [93]
became [1] 15/23
because [11] 14/24 40/20 47/16 48/11 57/11 60/19 60/24 64/18 65/3 66/12 66/16
been [17] 6/6 15/9 21/8 21/9 21/10 21/11 22/6 22/7 22/8 22/9 23/3 23/4 23/5 23/5 24/2 24/10 24/11 25/3 25/7 25/8 25/17 25/23 39/11 42/11 44/21 45/14 45/23 49/21 50/16 51/7 51/8 51/13 51/25 52/6 60/20 65/17 66/13
before [19] 1/8 4/13 29/12 34/19 34/22 34/24 35/21 36/11 36/15 38/13 39/23 39/24 47/10 50/13 55/2 55/21 55/23 65/15 67/13
begin [2] 70/21 70/25
beginning [5] 11/1 38/17 43/2 43/5 43/13
behalf [5] 16/15 25/8 42/17 48/3 48/9
being [14] 3/16 14/2 17/6 17/24 20/2 31/9 41/11 46/5 49/20 49/20 56/18 56/21 60/12 67/24
believe [7] 60/18 60/23 65/17 66/10 66/12 66/15 68/19
believed [6] 16/1 16/3 16/16 60/20 60/24 66/16
believes [1] 44/6
below [15] 19/19 19/20 20/11 20/15 27/2 27/4 27/21 27/24 28/15 28/17 30/20 32/17 38/15
below $10,000 [3] 19/19 20/11 20/15
belt [1] 69/4
benefit [1] 34/6
BENJAMIN [3] 1/17 2/16 10/1
beside [2] 65/1 66/6
best [1] 6/8
between [15] 14/1 17/5 17/23 20/1 31/3 31/6 31/9 40/6 42/15 59/24 61/2 63/4 64/6 66/19 66/25
beverages [2] 11/20 11/23
beyond [4] 21/9 22/7 23/4 47/18
bid [2] 31/1 31/1
bind [1] 42/1
binding [1] 33/1
bit [2] 3/18 62/7
body [1] 13/6
both [10] 14/2 17/6 17/24 20/2 24/16 36/10 41/15 44/13 65/10 70/3
bound [1] 49/1
boy [1] 2/17
Brady [1] 8/18
BRAFMAN [4] 1/16 1/17 2/17 10/2
breach [2] 37/8 37/9
breaking [2] 19/17 20/10
Brian [2] 25/16 35/22
bribe [1] 30/25
briefly [4] 10/25 11/13 45/9 59/6
bring [2] 37/10 56/4
Brisbane [1] 11/10
broad [1] 40/18
broker [1] 14/9
brokers [1] 14/17

8/15 8/21 9/7
Co [14]... 14/8 14/15 14/20 14/25 15/2 15/4
15/5 15/13 15/17 15/20 15/25 16/7 16/22
16/24
Co-conspirator [14]   14/8 14/15 14/20 14/25
15/2 15/4 15/8 15/13 15/17 15/20 15/25 16/7
16/22 16/24

**B**

Brooklyn [6]  1/5 1/13 1/22 9/8 35/24 42/16
brought [1]  30/21
bulk [1]  31/8
burden [1]  47/20
business [1]  11/18

**C**

Cadman [4]  1/4 1/12 1/22 35/23
calendar [2]  5/18 7/1
calendars [4]  3/5 6/20 7/7 8/7
Call [1]  2/2
can [12]  4/24 7/20 41/1 41/12 47/4 48/1 48/3
48/12 61/19 70/24 71/14 71/21
cancellations [1]  31/24
cannot [7]  21/7 21/11 22/5 22/9 23/2 23/6
33/5
caption [1]  9/1
captioned [1]  8/8
care [1]  45/15
carry [1]  26/12
carrying [1]  18/6
case [24]  2/2 8/8 28/25 44/7 46/19 48/4 48/6
48/22 49/4 53/8 54/3 54/4 54/19 55/2 55/22
56/14 56/19 57/8 58/8 58/12 58/16 59/4 70/6
70/22
cases [4]  53/10 54/6 54/23 55/20
cash [6]  31/8 63/6 63/8 67/1 67/3 70/4
cause [1]  1/7 17/13
caused [1]  59/1
causing [1]  16/11
caution [1]  4/12
CCR [1]  1/21
certain [8]  3/11 15/16 16/18 44/18 45/11
49/8 55/3 55/13
certainly [1]  71/6
certainty [1]  41/1
certified [1]  35/19
certify [1]  41/12
CFR [1]  36/9
change [1]  42/23
Channel [1]  60/6
charge [3]  46/25 58/10 58/15
charged [8]  20/23 21/22 22/9 47/19 48/19
52/16 59/7 59/19
charges [14]  12/15 13/2 30/21 37/10 38/6
44/24 47/4 47/7 49/10 52/8 57/24 58/2 58/6
68/10
charging [1]  26/9
check [2]  35/19 38/13
checks [1]  35/25
chose [1]  48/14
chronologically [1]  59/15
Circuit [2]  8/3 8/5
circumstances [3]  4/12 31/21 49/4
citing [1]  17/16
citizen [3]  40/17 57/15 57/18
City [1]  11/16
civil [5]  35/6 35/11 35/16 38/3 42/4
claim [2]  37/24 38/8
claims [4]  36/25 37/1 40/9 57/13
classification [2]  41/11 41/20
clause [1]  37/23
clear [8]  4/13 43/11 45/4 45/7 45/12 46/1
62/11 63/25
clearly [4]  12/1 29/6 65/1 65/6
clerk [3]  36/4 38/13 70/5
client [5]  46/8 46/23 55/8 57/23 65/6
close [9]  3/3 3/14 3/19 3/24 4/5 4/10 6/18
8/10 9/6
closing [2]  5/20 5/23
closure [10]  3/20 4/14 4/20 4/24 5/6 5/7 7/19

Code [29]  17/16 17/17 18/8 18/9 18/10 18/16
18/25 18/25 19/10 19/12 20/5 20/18 20/19
20/25 20/25 21/13 21/14 21/18 21/18 21/19
21/24 22/11 22/12 22/15 22/16 22/21 23/8
23/11 23/12
Collection [1]  36/19
College [2]  11/3 11/5
come [3]  47/17 47/24 48/5
commenced [1]  40/4
commencement [2]  35/5 40/7
commerce [1]  17/13
commingled [3]  21/11 22/9 23/6
commit [6]  38/22 38/22 39/1 48/23 59/7
59/19
committed [2]  39/1 59/22
Committee [1]  31/1
commonly [1]  13/6
company [1]  13/24
compel [1]  48/4
compelled [1]  48/13
compelling [4]  4/19 4/23 4/25 5/3 5/4 7/9
7/15 7/20 7/23
competence [2]  12/7 46/15
competent [1]  12/14
complaint [1]  35/12
complete [4]  29/15 38/21 61/4 66/21
completed [1]  11/14 19/6
completeness [1]  32/25
completes [1]  67/10
complied [3]  32/7 32/12 32/22
complies [3]  9/13 43/20 68/1
comply [3]  30/18 39/19 70/24
composed [1]  13/9
computation [1]  30/10
computer [1]  1/25
computer-aided [1]  1/25
conceal [1]  15/7
concealed [1]  15/1
concerning [3]  29/20 37/13 55/21
concerns [1]  71/14
concluded [1]  72/3
condition [3]  26/17 27/10 28/4
conditions [4]  42/11 42/15 70/4 70/11
conduct [4]  3/2 19/14 29/7 61/21
conducted [2]  3/16 19/4
conducting [3]  19/13 19/19 20/13
confidentiality [2]  7/11 7/17
confirm [1]  9/7
confusion [1]  25/5
Congress [1]  52/15
connection [9]  3/13 6/22 8/12 8/24 30/24
31/1 32/19 33/17 38/11
consecutively [2]  28/18 55/1
consent [3]  30/4 70/23 71/2
consents [11]  27/1 27/20 28/14 30/7 30/15
33/14 34/13 34/17 35/6 36/16 56/18
consequence [1]  38/18
consequences [9]  40/16 40/23 41/4 41/5
41/23 41/24 44/19 52/7 68/5
consider [5]  4/24 28/22 32/17 33/3 55/13
consideration [2]  6/15 49/3
considerations [1]  55/4
considered [3]  32/5 32/7 38/3
consistent [1]  65/18
conspiracy [8]  17/1 17/19 26/13 27/6 40/21
40/22 52/17 53/13

conspirator [14]  14/8 14/15 14/20 14/25 15/2
15/4 15/8 15/13 15/17 15/20 15/25 16/7
16/22 16/24
conspire [2]  17/8 18/1
constitute [1]  37/8
constitutes [2]  21/3 33/24
Constitution [4]  37/23 40/10 47/9 48/11
constitutional [1]  37/19
constraints [2]  31/20 55/19
consult [2]  55/6 55/21
consultation [2]  61/12 70/13
consumed [3]  11/20 11/22 45/20
contained [6]  17/2 17/20 19/23 58/7 58/11
58/15
continued [3]  16/6 70/7 70/10
contrary [3]  17/16 18/8 18/9
control [2]  29/25 55/5
convenience [1]  59/10
convicted [3]  21/1 21/25 22/22
conviction [5]  20/23 21/22 22/19 41/2 57/6
cooperate [3]  29/16 30/9 38/24
cooperated [2]  32/11 32/21
cooperation [18]  24/1 24/5 25/2 26/1 29/17
30/3 31/10 32/15 33/1 42/20 44/13 50/1 50/8
51/9 51/21 52/10 58/25 70/24
copies [1]  6/6
copy [3]  12/17 12/21 24/3
correct [8]  25/24 30/11 49/21 49/23 51/13
57/18 69/18 71/10
correctly [1]  57/11
could [11]  16/12 41/20 44/23 48/4 48/10
48/15 62/5 62/8 64/25 65/2 68/19
counsel [36]  2/5 2/21 2/23 3/21 4/2 5/25 6/17
9/19 9/23 10/19 12/6 12/13 23/15 24/11
24/13 25/24 31/15 31/18 32/8 42/19 42/21
43/15 43/18 44/5 46/7 46/21 47/11 50/5
50/12 50/20 55/7 56/1 56/8 57/22 61/12
70/15
counsel's [1]  31/15
count [62]  17/1 17/19 18/11 18/12 19/22
20/21 20/23 21/20 21/22 22/17 22/19 26/8
26/10 26/10 26/11 26/13 27/6 27/25 28/18
31/6 52/17 52/19 52/23 53/12 53/18 53/23
54/1 54/5 54/8 54/15 54/15 54/22 55/1 58/7
58/11 58/15 59/7 59/9 59/9 59/19 59/20
59/20 61/23 62/12 62/15 62/18 62/19 62/21
62/23 62/25 63/3 68/15 68/15 68/15 68/20
68/22 69/9 69/12 69/15 69/24 69/24 69/24
count-by-count [1]  59/9
country [1]  57/7
counts [13]  13/3 13/4 26/12 31/4 55/14 57/6
59/14 61/11 61/23 68/23 68/24 69/17 69/18
couple [1]  11/22
courier [1]  35/21
course [4]  3/23 4/7 31/10 47/23
courses [1]  11/11
court [97]
Court's [6]  5/17 5/18 7/1 8/7 24/2 24/10
Courthouse [1]  1/4
courtroom [22]  2/20 3/3 3/14 3/16 3/19 3/25
4/5 4/10 4/14 4/20 5/21 6/10 6/18 7/20 8/11
8/16 8/22 9/6 9/7 9/11 9/12 10/3
cover [3]  3/13 3/15 3/22
CR [2]  1/3 9/18
credit [3]  26/19 27/12 28/6
crime [1]  59/7
crimes [11]  7/12 7/18 38/22 39/1 40/18 47/19
48/19 48/23 59/19 59/22 61/13
criminal [28]  1/7 4/9 8/20 9/17 19/8 20/21
21/20 22/17 26/5 26/25 27/1 27/20 27/21
28/13 28/14 29/3 29/21 30/21 34/15 35/25
37/10 39/14 39/15 40/11 44/23 53/8 54/4
54/18

**C**

cross [1] 48/7
cross-examine [1] 48/1
CTR [3] 18/20 19/4 19/6
CTRs [2] 19/2 19/7
Cup [24] 13/14 13/17 13/18 13/20 13/21
13/23 13/23 14/4 14/7 14/8 14/11 15/8 15/11
15/16 15/21 15/23 15/24 16/2 16/7 16/25
31/2 31/3 33/17 60/15
Cups [3] 61/7 66/8 66/24
currency [18] 18/12 18/13 18/14 18/19 18/22
18/22 19/14 19/16 19/18 19/19 19/20 20/10
20/12 20/14 33/20 63/10 64/3 67/4
current [1] 70/3
currently [2] 43/3 70/11

**D**

D-A-R-R-E-N [1] 2/10
Daniel [1] 25/20
DARREN [3] 1/13 2/8 9/21
DARYAN [2] 1/4 10/2
date [19] 6/25 29/13 34/20 34/22 34/24 34/25
34/25 34/25 35/21 36/12 36/13 36/16 39/24
40/3 40/4 51/1 67/17 67/17 70/13
dated [5] 3/25 9/8 25/7 42/7 42/16
dates [5] 14/2 17/6 17/24 20/2 35/1
Dates.' [1] 35/2
days [1] 19/15
de [1] 13/5
debrief [1] 31/14
debriefed [1] 29/19
debriefing [2] 32/4 32/9
debriefings [4] 31/16 31/19 31/23 31/25
Debt [1] 36/18
December [12] 20/2 31/6 31/9 42/7 42/8 42/8
42/8 63/5 63/19 64/8 66/25 67/9
December 11 [1] 42/8
December 19 [1] 42/8
December 2 [1] 42/7
December 2011 [7] 20/2 31/6 31/9 63/5
63/19 64/8 67/9
December 5 [1] 42/8
decision [2] 41/12 41/14 44/18 45/11
decisions [1] 41/16
Declaration [1] 35/7
defendant [154]
defendant's [34] 3/4 3/5 3/20 4/2 6/18 6/19
7/7 7/14 8/6 8/25 12/7 12/12 14/13 25/24
28/10 28/11 29/5 29/25 32/3 33/25 34/4 34/9
38/18 39/19 40/16 40/25 41/2 41/2 41/6
41/21 41/24 41/25 42/19 66/5
defense [13] 5/25 12/6 37/24 42/25 43/15
43/18 46/7 48/5 50/20 55/7 56/8 57/22 58/2
defenses [2] 37/20 37/21
defined [4] 16/14 18/14 18/16 19/12
defraud [1] 17/9
degree [1] 11/7
delayed [1] 70/22
deliberately [1] 44/22
delivered [1] 35/20
demonstrate [1] 4/15
demonstrates [1] 29/6
demonstration [1] 32/13
Department [8] 18/21 29/2 41/9 41/13 41/15
55/24 70/12 70/21
deposit [1] 18/22
deposited [6] 21/8 22/6 23/3 63/6 67/1 70/5
depositing [1] 20/11
deposits [9] 63/8 63/11 63/12 63/14 64/4
64/5 67/3 67/5 67/7
deputy [1] 5/17
derived [5] 21/3 30/4 33/24 39/25 40/14

describe [5] 10/25 11/13 59/6 59/18 59/22
described [14] 21/5 21/17 22/3 22/14 22/25
23/10 29/11 32/24 39/6 39/8 39/9 39/10
39/16 45/9
determination [2] 32/20 33/2
determine [2] 4/17 5/3
determined [3] 26/23 27/18 33/20
determines [1] 32/10
determining [4] 4/13 29/5 32/5 49/3
devise [2] 5/7 17/9
did [34] 5/14 11/2 11/7 11/8 11/9 11/10
11/24 14/23 15/13 16/8 17/8 17/12 18/1 20/7
48/23 48/23 49/8 50/4 50/7 50/9 50/10 50/12
50/14 59/7 59/8 59/19 61/15 61/18 62/24
63/2 69/3 69/8 69/11 69/14
didn't [3] 62/13 62/20 69/5
difficult [1] 65/17
difficulty [3] 21/12 22/10 23/7
diligence [3] 21/8 22/5 23/2
diminished [3] 21/10 22/8 23/5
directed [3] 9/10 9/12 30/14
directly [8] 2/6 15/16 42/4 52/15 60/17 60/25
66/10 66/17
disclose [1] 8/17
disclosed [1] 30/22
disclosing [1] 16/19
disclosure [2] 30/15 38/11
discretion [1] 35/4
discuss [3] 46/23 50/12 52/11
discussed [4] 46/7 48/21 49/17 55/7
discussions [2] 46/9 64/22
disguise [1] 15/7
disguised [1] 15/1
disposition [1] 9/6
distribution [1] 13/22
district [28] 1/1 1/1 1/9 1/12 17/7 17/25 20/3
23/14 26/6 26/9 30/6 35/23 41/1 59/25 60/1
61/3 61/14 61/16 61/19 61/22 62/4 62/13
62/15 62/21 62/25 63/3 66/7 66/20
divided [3] 21/12 22/10 23/6
do [48] 12/3 12/5 12/6 12/17 24/2 24/4 37/7
44/13 44/14 44/21 44/24 46/4 46/14 46/22
47/1 47/5 48/6 48/9 49/7 49/11 50/11 50/18
52/7 52/23 53/14 54/11 55/5 56/5 56/20
56/21 57/12 57/15 57/22 58/6 58/10 58/14
59/8 59/16 62/2 62/13 62/20 63/2 65/20
65/24 67/13 68/3 69/3 69/6
docket [12] 2/4 3/5 3/9 3/15 5/15 6/20 7/1 7/7
8/9 9/4 9/18 35/25
doctor [1] 45/15
document [6] 3/24 4/4 5/21 24/16 64/25 65/8
6/20 7/8 8/7 15/14 29/23 35/15 36/22 37/7
Doe [15] 2/19 3/4 6/17 8/4 8/5 9/18 10/6
10/19 44/5 44/11 46/17 58/4 67/14 68/7
69/25
Doe' [2] 6/19 9/1
Doe.' [1] 8/9
does [10] 11/24 33/6 42/1 42/3 46/11 56/8
56/11 56/14 59/14 65/22
doesn't [1] 25/18
doing [1] 59/21
domestic [6] 18/18 20/9 20/13 20/15 63/6
67/1
don't [4] 42/25 59/16 64/12 64/23
done [2] 59/12 59/13
double [1] 37/22
doubt [2] 12/7 47/18
down [3] 10/10 19/17 20/10
downward [1] 39/5
drink [1] 59/21
drug [1] 45/24
drug-related [1] 45/24

drugs [2] 11/19 45/20
due [14] 21/7 22/5 23/2 34/20 34/23 34/25
34/25 34/25 35/1 35/2 35/21 36/11 36/15
38/4
during [5] 3/3 4/10 6/18 8/11 31/10
duty [1] 47/20

**E**

E-V-A-N [1] 2/10
each [5] 13/10 18/21 28/18 55/1 68/22
earlier [2] 42/17 45/19
East [4] 1/4 1/12 1/22 35/24
EASTERN [17] 1/1 1/12 20/3 23/14 26/6
30/6 35/23 61/14 61/16 61/18 61/22 61/24
62/13 62/14 62/20 62/24 63/2
educational [2] 11/1 45/10
effect [1] 41/1
effectuate [2] 35/15 36/23
effectuating [1] 36/21
eight [5] 14/22 21/5 34/17 67/20 67/21
eighteen [2] 17/20 40/15
Eighth [1] 37/24
either [4] 12/6 36/10 64/24 70/15
Eleven [2] 15/19 36/20
else [3] 69/21 71/16 71/21
elsewhere [9] 17/7 17/25 20/3 30/6 59/25
60/3 61/3 66/7 66/20
emails [3] 17/15 61/1 66/18
employment [1] 11/14
empowered [1] 55/17
end [2] 12/23 30/13
endangered [1] 5/8
endeavor [1] 31/17
enforcement [3] 30/2 32/12 39/22
engage [2] 61/16 62/24
engaged [2] 13/24 29/3
ensure [2] 36/3 64/18
ensured [1] 5/17
entail [2] 41/5 41/24
enter [2] 57/9 57/23
entered [4] 8/24 36/5 42/11 42/13
entirety [2] 25/7 42/21
entitled [4] 7/10 17/16 16/17 37/9
entity [1] 13/8
entries [3] 3/8 6/22 8/13
entry [4] 34/13 34/17 35/7 38/1
enumerated [1] 28/23
equal [1] 55/17
equitable [1] 37/20
ESQ [4] 1/13 1/14 1/17 1/18
established [1] 13/19
establishes [1] 47/18
et [3] 17/18 18/10 20/19
evade [2] 63/11 64/5 67/6
evading [2] 19/16 20/4
EVAN [6] 1/14 2/9 2/10 9/22 25/9 25/15
even [8] 4/11 10/7 38/18 41/5 41/24 62/9
65/17 71/15
event [3] 13/14 13/24 36/7
event-management [1] 13/24
everything [4] 45/3 46/4 50/4 71/16
evidence [18] 12/25 23/20 24/20 40/12 43/22
43/24 48/2 48/3 48/4 51/2 51/6 51/13 51/18
51/23 52/6 65/19 67/25 68/5
ex [1] 37/22
exactly [1] 65/2
examine [1] 48/1
example [1] 15/2
exceeding [2] 19/18 20/10
exceeding $10,000 [2] 19/18 20/10
except [2] 30/20 31/11
excess [6] 18/24 63/8 63/10 64/4 67/3 67/5
excessive [1] 37/25

Case 1:13-cr-00584-WFK   Document 57   Filed 06/04/15   Page 78 of 85 PageID #: 277

**E**

exchange [1] 18/22
exclusion [1] 4/16
execute [3] 35/14 37/2 37/6
executing [2] 17/12 36/22
exercise [3] 21/7 22/5 23/2
exercised [1] 4/11
exhibit [23] 3/22 4/3 4/7 12/23 23/15 24/2
 24/10 25/3 26/2 43/22 50/16 50/21 51/6
 51/12 51/17 51/22 52/5 65/7 67/12 67/19
 67/23 67/25 68/6
exhibits [2] 3/7 12/24
exists [3] 4/18 7/20 70/11
expectation [1] 68/21
expedite [1] 64/18
experience [1] 71/8
expiration [1] 40/6
explained [1] 10/19
extensive [1] 46/9
extent [1] 32/15

**F**

F-A-T-I-M-E [1] 11/5
face [15] 35/25 44/23 52/14 52/17 52/18
 52/22 53/4 53/9 53/13 53/17 53/23 54/4 54/8
 54/14 54/21
fact [12] 5/14 9/7 25/12 43/8 47/19 49/9 50/1
 50/22 57/8 57/14 62/24 67/14
facto [1] 37/22
factors [2] 28/23 55/13
facts [1] 33/3
factual [2] 61/19 68/14
failed [2] 38/24 47/19
fails [1] 36/14
failure [3] 37/4 37/6 39/19
faith [2] 32/20 32/24
false [4] 14/4 15/22 17/10 38/24
falsely [1] 15/15
family [4] 16/13 16/15 16/16 16/22
far [1] 46/18
Fatime [1] 11/2
fault [1] 65/4
Fax [1] 1/23
FBI [1] 9/24
February [2] 42/9 42/9
February 19 [1] 42/9
February 20th [1] 42/9
federal [15] 8/20 18/16 18/25 19/12 26/4
 30/11 34/14 36/18 39/14 40/2 40/10 40/11
 40/12 40/18 42/1
feel [1] 46/22
FIFA [28] 13/25 13/8 13/9 13/15 13/19 13/21
 13/25 14/4 15/9 15/23 16/17 17/9 17/10 31/2
 31/2 33/17 60/15 60/17 60/18 60/20 60/23
 60/24 66/8 66/10 66/10 66/12 66/15 66/16
Fifteen [2] 16/21 38/5
file [11] 3/14 3/25 4/5 5/14 18/19 30/13 32/13
 36/25 36/25 38/8 39/9
filed [20] 3/6 3/9 3/15 4/1 5/22 6/6 6/17 6/20
 7/8 8/7 19/2 19/7 26/9 39/11 49/20 49/21
 50/16 58/7 58/11 58/15
filing [3] 35/11 63/7 67/2
final [4] 41/14 43/1 64/1 64/2
finally [1] 5/6
financial [9] 18/18 18/23 19/11 19/15 20/9
 20/13 20/15 30/17 31/5
FinCEN [1] 18/19
find [1] 47/21
findings [2] 4/15 7/5
finds [4] 5/16 62/14 68/8 68/13
fine [8] 25/22 26/21 27/14 28/8 53/4 53/23
 54/14 65/9

**FINE** ... 

fines [2] 37/25 38/3
firm [2] 15/9 15/14
first [15] 3/12 4/8 4/17 5/5 5/13 7/25 11/7
 25/15 33/18 33/21 34/19 34/20 34/21 34/25
 45/14
five [4] 10/24 14/1 31/13 45/8
Floor [4] 25/6 35/24 65/23 66/1
Florida [8] 14/9 17/7 17/25 59/25 60/1 61/3
 66/7 66/20
follow [3] 20/17 27/10 28/3
following [5] 7/5 26/6 26/12 29/18 30/24
follows [1] 18/13
Football [1] 13/5
forced [3] 47/4 48/10 58/21
foregoing [1] 41/2
foreign [1] 17/13
forfeit [6] 21/2 21/25 22/22 35/4 35/8 37/4
forfeitable [6] 21/6 21/16 22/3 22/14 22/25
 23/10
forfeited [1] 37/14
forfeiting [1] 34/15
forfeiture [58] 20/21 20/24 21/5 21/17
 21/20 21/23 22/13 22/14 22/17 22/20 23/9
 23/10 26/25 27/1 27/20 27/21 28/14 28/14
 30/19 33/9 33/14 33/18 33/19 33/21 33/22
 33/22 34/14 34/18 34/19 34/21 34/21 34/23
 35/4 35/6 35/7 35/10 35/12 35/13 35/16
 35/16 35/18 36/16 36/16 36/17 36/21
 37/2 37/14 37/18 37/20 38/2 50/15 50/21
 50/22 52/5 53/8 54/4 54/19
form [3] 18/19 24/6 24/9
forms [1] 19/2
forth [20] 12/15 17/3 17/21 19/24 27/1 27/4
 27/21 27/24 28/15 28/17 30/19 32/14 35/14
 37/15 38/15 38/17 42/12 43/5 43/13 48/24
Forty [1] 10/24 45/8
Forty-five [2] 10/24 45/8
forward [1] 47/17
found [1] 4/23
four [5] 7/23 13/12 13/19 19/11 39/16
Fourteen [2] 16/10 38/1
Fourth [1] 5/6
Frank [1] 2/18
fraud [8] 17/1 18/7 26/13 30/23 40/21 52/17
 61/6 66/23
fraudulent [2] 14/4 17/11
free [1] 58/19
friends [3] 25/5 65/8 65/23
FTO [16] 13/21 13/24 14/14 14/18 14/23
 14/24 15/3 15/14 15/22 15/25 16/1 16/3 16/4
 16/11 16/15 16/16
full [2] 34/22 34/24
fully [12] 17/3 17/21 19/24 29/19 30/9 32/11
 32/21 36/20 38/24 68/10 68/11 68/11
funds [4] 18/3 27/16 36/1 53/25
furnish [1] 29/22
further [6] 8/10 8/15 8/21 9/4 15/6 16/2
 33/5 35/11 38/22 39/1 41/14 44/23 61/5
 66/22 68/13 70/15
furtherance [2] 60/25 66/17
Furthermore [2] 29/10 40/9
future [1] 25/22
Fédération [1] 13/4

**G**

general [2] 36/7 45/13
generally [1] 35/1
gentlemen [2] 3/1 71/21
Gerald [1] 9/23
Germany [1] 13/17
get [3] 51/8 65/24 65/24
Giglio [1] 8/18
give [2] 38/20 49/15

given [4] 38/24 39/23 46/18 71/1
gives [3] 20/22 31/21 22/18
giving [2] 48/20 49/12
go [5] 48/13 60/2 60/13 63/17 64/14
goes [1] 45/3
going [20] 9/14 10/18 12/22 12/24 13/1 25/6
 26/3 43/15 45/12 46/2 46/21 48/18 50/25 59/8
 59/18 59/21 61/15 64/9 67/16 68/21 71/16
good [9] 2/8 2/12 2/14 2/16 9/21 9/25 10/1
 32/19 32/24
got [3] 64/10 64/12 71/8
governing [2] 13/6 13/19
Government [31] 1/11 4/20 5/13 6/6 7/9 7/10
 7/15 7/16 8/16 8/22 12/8 20/24 21/23 22/20
 23/23 36/21 37/2 38/11 42/22 47/17 47/19
 47/24 48/2 50/2 50/23 56/24 58/25 64/23
 65/13 71/2 71/15
Government's [3] 3/13 3/24 4/5
grad [1] 11/9
graduate [2] 11/11 11/14
grand [4] 39/23 56/16 56/21 56/25
grant [1] 41/14
granted [1] 8/14
grants [1] 36/7
greater [3] 27/15 53/25 55/18
greatest [1] 4/12
Guam [1] 13/13
Guideline [4] 28/23 55/2 55/15 55/25
Guidelines [10] 28/21 28/21 32/16 32/17
 49/2 55/4 55/4 55/8 55/18 55/21
guilt [1] 49/11
guilty [55] 1/7 3/4 6/18 9/17 26/8 29/12
 38/11 38/16 39/3 40/16 40/20 40/21 41/4
 41/20 41/23 43/4 44/12 46/8 46/12 46/23
 47/4 47/5 47/7 47/8 47/19 47/21 48/19 48/19
 49/7 49/9 51/9 52/8 57/9 57/24 58/8 58/8
 58/9 58/12 58/12 58/13 58/16 58/16 58/17
 58/19 58/22 59/1 61/13 66/2 68/15 68/24
 69/1 69/8 69/11 69/14 69/23

**H**

had [9] 14/18 15/9 15/24 46/9 60/20 64/21
 66/13 68/22 68/23
hand [5] 24/4 35/20 48/10 64/24 67/11
handed [1] 56/18
handing [6] 12/20 12/21 23/24 24/7 24/25
 50/19
happened [1] 62/6
happening [1] 12/3
harbor [3] 25/6 65/8 65/23
hard [1] 25/12
has [46] 10/19 12/8 21/8 21/9 21/10 21/11
 22/6 22/7 22/8 22/9 23/2 23/4 23/5 23/5 24/6
 24/10 25/3 25/7 25/17 29/10 32/6 32/10
 32/21 32/22 38/23 38/24 38/25 39/1 39/11
 42/22 44/6 46/18 49/21 51/7 51/8 51/11
 51/12 51/25 56/16 56/17 58/21 58/25 59/3
 64/20 65/13 65/16
have [83]
having [7] 6/23 7/1 44/20 44/20 55/15 65/14
 65/15
he [28] 15/5 16/12 38/6 38/14 38/16 41/3
 41/19 43/3 46/11 46/12 56/14 56/16 56/16
 56/17 56/18 57/7 57/8 60/20 61/23 65/3
 65/17 66/13 68/10 68/11 68/11 69/1 69/3
 70/24
head [1] 45/12
headquartered [1] 13/9
health [1] 45/13
hear [5] 5/11 5/25 47/1 50/4 69/5
heard [6] 5/12 6/13 7/3 44/5 69/4 69/5
hearing [10] 2/4 3/2 3/10 3/16 6/15 6/24 6/24
 6/25 7/2 9/6

## H

hearings [1] 32/2
Hector [2] 25/10 25/15
held [3] 7/2 13/17 13/18
help [4] 48/4 48/6 64/17 71/21
helpful [1] 25/21
her [1] 25/18
here [11] 2/3 3/2 5/15 5/19 9/17 11/25 12/3
46/1 47/24 61/18 65/16
hereby [6] 8/14 12/11 20/22 21/21 22/18
70/12
hereinafter [1] 18/20
heretofore [1] 30/22
hereunder [1] 37/15
him [15] 10/5 14/19 14/25 16/2 31/11 31/14
33/1 39/23 40/13 61/15 65/6 68/24 69/4 69/5
69/5
himself [1] 48/13
hinder [1] 31/25
hired [1] 15/9
his [37] 6/9 10/3 15/1 15/7 16/6 16/13 16/15
16/16 16/21 20/23 21/22 25/18 29/19 29/20
30/3 30/8 30/11 30/16 30/22 32/15 33/9
34/24 36/17 37/13 37/18 38/17 39/3 41/5
43/4 43/7 43/12 46/14 64/21 68/11 68/12
68/20 70/24
history [1] 11/14
hold [3] 36/3 48/15 71/7
holding [1] 71/4
Homeland [1] 41/15
Honor [115]
HONORABLE [1] 1/8
hospitalized [1] 45/23
host [1] 31/1
hours [3] 3/10 11/21 45/19
how [6] 10/23 45/7 58/6 58/10 58/14 64/18
Howard [1] 11/8
however [2] 31/24 40/24
Hyde [1] 38/7
Hyundai [1] 11/16

## I

I'll [1] 24/4
I'm [25] 9/14 10/18 12/20 12/23 13/1 14/12
26/2 43/14 45/12 46/21 50/25 53/9 54/5
54/22 57/19 59/18 59/21 63/24 64/9 66/3
67/16 68/16 68/23 69/17 70/2
I've [2] 4/6 48/21
identification [10] 3/23 4/3 4/7 12/23 24/10
25/4 26/2 51/12 51/17 51/22
identified [2] 7/22 7/24
identities [1] 16/13
identity [2] 14/9 19/3
illegal [4] 20/16 63/13 64/6 67/7
illegality [1] 63/15
immediately [1] 9/5
immigration [5] 40/17 40/23 41/2 41/4 41/23
impact [1] 11/25
important [5] 45/2 52/11 57/12 60/13 65/3
impose [4] 53/10 54/6 54/22 55/17
imposed [4] 28/18 33/5 33/7 55/1
imposes [1] 55/23
imposing [1] 32/8
imposition [3] 28/20 29/8 30/15
impossible [1] 71/1
imprisonment [16] 26/14 26/15 26/17 26/19
26/19 27/7 27/8 27/10 27/12 27/13 27/25
28/2 28/4 28/6 28/6 52/19
inadequate [1] 5/2
incarceration [1] 52/8
include [1] 29/17 70/4
including [19] 3/10 7/11 7/17 13/11 19/17

19/18 20/11 20/14 29/3 32/23 37/6 37/15
37/21 37/24 39/5 39/15 40/19 40/25 55/20
inclusive [4] 14/2 17/6 17/24 20/2
income [2] 30/11 38/3
incomplete [2] 38/25 56/2
incorporated [8] 17/3 17/21 19/24 21/14
22/12 34/2 34/7 34/12
incorporates [1] 59/14
incriminate [1] 49/12
Indeed [1] 40/20
indicates [2] 3/16 3/18
indicted [2] 56/15 56/21
indictment [8] 24/6 24/9 24/23 26/7 37/15
51/12 56/15 56/18
Indies [4] 11/3 11/6 11/8 60/9
indirectly [1] 42/5
individual [3] 16/4 19/3 19/5
individuals [1] 41/10
inform [1] 55/5
information [39] 12/16 12/17 12/21 13/1
13/4 18/12 23/16 26/8 29/2 29/4 29/16 29/24
30/3 30/16 33/11 37/16 38/21 38/25 44/12
48/24 51/17 52/12 55/14 56/19 56/25 57/24
58/2 58/7 58/11 58/15 59/8 59/20 59/20
59/21 61/12 68/9 68/15 69/18 69/24
initial [2] 43/18 67/16
initiating [1] 42/3
inner [2] 60/6 60/7
innocent [2] 47/15 47/16
inquire [1] 57/5
inquiry [1] 55/14
insist [1] 56/21
instead [1] 48/18
institutions [6] 18/18 18/24 19/15 20/9 20/13
20/15
instruct [1] 48/14
instructions [1] 30/1
instrument [2] 27/16 53/25
instruments [1] 18/2
integrity [2] 7/10 7/16
intended [3] 14/20 15/15 16/19
intent [4] 18/6 21/12 22/10 23/7
intention [2] 15/1 15/7
intentionally [4] 17/18 11/20/7 38/24
interest [12] 4/19 4/23 4/25 5/3 5/4 6/8 7/9
7/15 7/21 7/23 36/12 36/13
interests [2] 5/8 9/2
Internal [3] 30/9 30/14 30/16
international [5] 13/6 13/15 17/15 61/1
66/18
Internationale [1] 13/5
interpose [2] 36/25 37/1
interrupt [2] 61/8 68/16
interstate [2] 17/13 17/15
intervenors [1] 7/3
introduction [2] 13/3 18/11
investigate [1] 16/10
investigation [2] 29/24 71/2
investigations [3] 7/11 7/17 19/9
invited [1] 9/10
involved [11] 22/1 22/23 27/16 34/3 34/8
53/25 56/25 60/19 60/21 66/11 66/13
involving [8] 13/16 18/15 20/16 42/5 63/18
63/20 64/7 67/8
irregularities [1] 15/10
is [144]
Islands [1] 13/13
issue [1] 4/17
issued [2] 41/10 41/19
it [90]
it's [20] 2/17 6/7 23/24 24/10 24/15 24/23
25/8 25/11 25/12 25/14 25/23 43/7 44/3 51/5
52/4 57/8 60/9 62/6 70/22 71/11

its [6] 13/12 25/6 31/1 35/3 39/4 42/21

## J

Jackson [6] 10/12 23/24 24/25 43/17 44/4
50/18
January [1] 42/9
January 16 [1] 42/9
jeopardy [1] 37/22
Jersey [1] 11/16
John [10] 2/19 3/4 6/17 8/4 8/5 8/9 9/18 10/6
10/19 69/25
joining [1] 6/7
joint [1] 6/16
Josh [1] 2/17
JOSHUA [2] 1/18 10/2
JUDGE [5] 1/9 9/14 23/25 25/1 67/21
judged [1] 38/23
judgment [14] 33/18 33/21 33/22 34/19
34/21 34/24 35/5 35/17 35/19 36/13 36/15
36/18 36/22 41/8
Judgments [8] 33/22 34/16 34/18 35/8 35/13
36/11 37/2 38/2
judicial [3] 24/19 35/10 37/3
July [8] 20/1 31/6 31/9 63/4 63/19 64/7 66/25
67/8
July 2011 [8] 20/1 31/6 31/9 63/4 63/19 64/7
66/25 67/8
jurisdiction [3] 21/9 22/7 23/4
jury [8] 37/18 39/23 47/10 47/20 48/15 56/16
56/21 56/25
just [21] 6/2 10/9 43/10 44/14 45/6 48/21
49/16 50/5 56/13 56/16 56/18 57/5 61/8
61/17 62/11 63/24 63/25 64/10 64/17 65/14
66/1
justice [3] 39/17 41/9 41/13

## K

K-I-R-S-C-H-A-H-N-E-R [1] 2/18
kickback [1] 30/25
kind [1] 45/21
KIRSCHAHNER [4] 1/18 2/17 2/18 10/2
knew [2] 14/24 16/4
know [2] 57/22 61/17
knowingly [5] 17/8 18/1 20/7 37/12 37/17
knowledge [2] 29/21 39/15
known [4] 13/6 14/9 16/14 33/3
Korea [2] 11/11 11/17
KUNTZ [1] 1/8

## L

L-A-V-E-R-N-E [1] 2/10
Ladies [1] 3/1
last [2] 10/3 11/23
late [1] 3/18
later [1] 16/5
laundering [5] 17/19 27/6 30/23 40/22 53/12
LAVERNE [5] 1/13 2/9 9/22 25/10 42/17
law [12] 13/8 30/2 32/11 36/19 38/9 39/21
40/18 41/17 47/16 63/12 64/6 67/7
laws [2] 47/9 48/12
lawyer [1] 47/25
lead [1] 55/14
leads [2] 39/25 40/14
leave [1] 9/11
legal [3] 37/20 48/1 58/1
length [1] 5/21
less [3] 55/17 63/6 67/2
Let [2] 52/10 65/11
let's [2] 65/24 69/6
letter [4] 3/13 3/16 3/18 3/22
level [3] 29/8 29/13 39/8
levels [1] 39/6
liabilities [2] 28/10 28/11
liability [1] 30/11

# L

lie [1] 44/22
lied [1] 15/5
light [1] 71/12
like [3] 24/13 56/6 69/3
likely [1] 71/11
limitation [1] 19/17
limitations [3] 37/23 40/3 40/6
limited [3] 29/18 37/21 39/15
line [1] 25/9
lines [2] 61/1 66/18
LISA [1] 1/21
listed [1] 65/16
listing [1] 6/25
little [3] 3/18 11/15 62/7
live [1] 2/14
local [1] 42/2
located [3] 21/7 22/5 23/2
location [4] 6/25 62/6 62/10 62/10
longer [3] 9/2 60/24 66/16
Lord [1] 60/6
LORETTA [3] 1/11 23/13 42/18
lots [1] 71/9
louder [1] 62/7
loudly [1] 60/6
LYNCH [3] 1/11 23/13 42/18

# M

M-A-N [1] 2/18
made [21] 7/5 15/20 16/24 30/25 31/9 35/8
35/12 35/16 35/19 39/21 40/13 51/8 58/25
59/3 63/10 63/11 63/14 64/4 64/5 67/5 67/6
make [12] 4/15 33/6 39/7 41/16 44/18 45/12
45/12 56/16 57/5 64/10 64/17 64/17
makes [1] 7/5
making [3] 33/2 58/18 71/7
management [2] 11/8 13/24
mandatory [7] 26/22 27/17 28/21 40/22 53/9
54/5 54/21
manner [1] 19/16
many [1] 13/10
mark [7] 12/22 14/12 16/8 16/12 16/23 65/7
67/22
mark-up [4] 14/12 16/8 16/12 16/23
marked [9] 3/22 4/3 4/6 24/2 24/10 25/3
51/11 67/12 67/24
Marshal [2] 9/14 35/20
Maryland [1] 8/18
masters [1] 11/8
material [2] 29/23 37/8
materially [2] 14/4 17/10
matter [2] 7/8 8/8 61/19
matters [4] 32/4 35/10 64/18 71/15
maximum [19] 26/13 26/16 26/21 27/6 27/9
27/14 27/25 28/3 28/8 52/18 52/22 53/4
53/13 53/17 53/23 54/9 54/10 54/14 55/19
may [38] 2/21 6/2 23/19 24/19 26/18 27/11
28/5 28/11 28/18 29/4 29/23 31/14 31/22
32/2 32/4 32/7 33/3 35/4 37/10 38/4 38/14
39/10 39/20 40/4 40/16 41/5 41/24 42/10
43/21 44/6 51/1 51/22 55/1 57/7 61/8 64/14
64/24 70/22
May 28 [1] 42/10
Maybe [1] 25/12
MC [1] 2/4
me [12] 24/13 44/14 45/1 49/4 52/10 60/20
60/25 65/1 65/11 66/6 66/13 66/17
meaning [1] 38/7
means [3] 17/10 62/1 62/4
mechanical [1] 1/24
media's [1] 7/24
medicine [2] 11/19 45/20

meet [2] 31/14 47/20
meeting [2] 32/4 32/9
meetings [4] 29/19 31/16 31/18 31/25
member [2] 13/10 16/13
members [3] 6/12 16/17 16/22
Members,' [1] 16/15
memorialized [1] 42/13
memorializes [1] 50/22
men's [1] 13/16
mentioned [2] 61/6 66/23
meticulous [1] 64/19
microphone [2] 6/3 10/17
microphones [1] 2/6
might [3] 25/21 48/4 65/4
mind [3] 5/10 46/1 65/25
minimize [1] 10/9
minimum [10] 26/15 27/18 28/1 52/18 53/1
53/14 53/20 54/9 54/10 55/19
minute [3] 3/8 6/22 8/12
miscellaneous [1] 2/3
mislead [2] 60/23 66/15
misleading [1] 38/25
misled [2] 60/18 66/10
mistake [1] 43/7
mistaken [1] 56/2
mistakes [1] 65/3
moment [2] 61/9 64/15
monetary [3] 18/2 27/15 53/25
money [28] 17/10 17/19 18/15 27/6 30/23
33/8 33/18 33/21 33/22 33/22 34/14 34/18
34/19 34/21 34/23 35/5 35/8 35/13 35/17
35/18 36/10 36/15 36/17 36/21 37/2 38/2
40/21 53/12
monies [6] 33/16 33/17 37/5 37/14 37/19
37/20
month [1] 20/17
more [17] 3/9 11/15 19/14 19/15 19/15 20/8
20/9 20/12 20/15 20/16 46/22 52/11 57/2
63/18 63/20 64/7 67/8
moreover [2] 39/10 68/13
morning [9] 2/8 2/12 2/14 2/16 5/19 9/21
9/25 10/1 64/22
Morris [2] 25/16 35/22
motion [27] 2/3 3/2 3/9 3/13 3/19 3/24 4/1
4/1 6/7 6/16 6/24 7/2 8/10 9/6 9/7 12/24
23/19 24/20 32/13 32/15 39/7 39/9 39/10
39/11 43/21 51/1 51/22
Motors [1] 11/17
move [2] 8/23 43/23
Mr [4] 23/24 25/10 42/17 44/5
Mr. [12] 10/16 10/12 24/25 25/20 43/17 44/4
44/11 46/17 50/18 58/4 67/14 68/7
Mr. Daniel [1] 25/20
Mr. Doe [5] 44/11 46/17 58/4 67/14 68/7
Mr. Jackson [5] 10/12 24/25 43/17 44/4
50/18
Mr. John [1] 10/6
much [1] 71/20
must [12] 4/15 4/17 4/23 5/3 5/7 38/20 38/22
44/18 44/21 45/11 47/17 55/20
my [11] 3/11 11/7 11/8 25/5 25/11 25/12
42/10 44/6 51/1 51/22 55/1 57/7 61/8 64/14
myself [1] 49/9

# N

N-O-R-R-I-S [1] 2/11
name [12] 3/4 3/5 6/19 6/19 7/7 7/14 8/5 8/6
8/25 10/3 25/15 25/18
names [1] 2/7
narrowly [1] 5/8
nation [1] 13/11
nations [1] 13/16
nature [3] 32/15 57/13 71/1

necessary [4] 24/14 24/15 35/15 36/23
need [5] 4/16 14/14 45/1 46/22 47/5
nevertheless [5] 10/6 41/3 41/22 43/2 43/3
NEW [26] 1/1 1/12 1/13 1/17 1/17 1/22 9/8
20/3 23/14 30/6 35/23 35/24 42/16 60/12
61/14 61/17 61/19 61/22 61/24 62/13 62/15
62/21 62/25 63/3 63/5 67/1
next [4] 13/18 25/16 65/6 67/19
night [1] 11/23
Nine [2] 15/6 35/18
Nineteen [2] 17/23 41/7
no [47] 2/25 6/14 7/19 9/2 12/8 12/25 23/23
24/22 30/21 31/9 40/25 42/10 43/8 44/1
44/16 45/17 45/22 45/25 46/16 46/24 47/2
47/4 48/12 48/21 48/22 51/4 51/10 52/3 56/7
56/9 56/25 57/19 57/25 58/3 58/23 59/2 59/5
60/24 65/3 65/11 65/13 65/20 66/16 70/9
71/4 71/6 71/23
non [1] 35/10
non-judicial [1] 35/10
none [3] 6/15 12/10 42/12
nonetheless [3] 38/15 56/17 57/9
NORRIS [6] 1/14 2/9 2/10 9/22 25/9 25/15
North [1] 3/17
not [71] 3/6 6/20 7/8 8/7 12/2 14/19 14/24
15/5 15/17 16/1 16/3 24/15 28/21 29/18 30/3
33/4 33/6 36/11 36/24 37/9 37/21 38/2 38/6
38/8 38/22 39/3 39/5 39/15 40/2 40/17 42/1
42/3 47/3 47/7 47/8 47/15 47/21 48/10 48/14
48/15 48/23 48/23 49/1 49/12 51/25 55/5
55/15 57/14 57/17 57/19 57/23 58/8 58/12
58/16 60/6 60/19 60/20 60/23 61/18 61/19
61/21 62/9 66/2 66/11 66/12 66/15 68/3
68/23 70/2 70/21 71/11
note [1] 25/7
noted [1] 35/25
notes [1] 69/2
notice [13] 3/8 5/15 5/17 8/17 20/22 21/21
22/18 31/18 31/20 35/9 37/7 37/13 37/15
notified [1] 6/24
notify [1] 9/14
notwithstanding [2] 40/5 41/18
November [4] 34/22 39/22 40/13 42/7
November 18th [1] 34/22
November 30 [1] 42/7
November 30th [2] 39/22 40/13
now [19] 2/19 3/11 5/10 9/23 12/15 25/2 26/3
44/6 47/3 49/1 49/19 53/8 54/21 55/12 55/23
56/5 62/18 62/23 70/25
number [20] 2/4 9/18 14/8 14/15 14/21 14/25
15/2 15/14 15/8 15/13 15/18 15/20 15/25 16/7
16/22 16/24 35/25 67/19 67/19 67/23
NY [1] 1/5

# O

o'clock [1] 11/23
oath [1] 44/20
objection [15] 23/23 24/22 43/25 44/1 44/6
51/4 52/2 65/11 65/13 67/24 68/2 68/3 70/8
71/4 71/6
objections [3] 12/25 48/1 62/19
obligated [1] 63/9 64/3 67/4
obligations [1] 39/4
obstruction [1] 39/16
obtain [4] 14/3 16/7 16/15 17/9
obtained [2] 15/24 16/18
obtaining [1] 14/11
obviously [1] 23/20 55/18
occasion [1] 15/3
occurred [1] 62/9
occurrence [1] 9/5
occurring [1] 32/4
October [11] 1/5 3/15 3/17 3/25 9/8 25/7

## O

October... [5] 29/12 34/20 42/16 51/1 61/18
October 17th [2] 3/25 42/16
October 18th [4] 3/17 9/8 29/12 51/1
October 25 [1] 34/20
of $10,000 [1] 67/3
offense [10] 20/23 21/2 21/4 21/22 21/25 22/1 22/2 22/19 22/22 22/23
offenses [2] 40/19 40/19
offer [2] 48/2 48/3
offered [1] 49/20
office [30] 13/21 26/5 29/1 29/16 29/22 30/2 30/5 30/7 30/8 30/20 31/14 31/17 31/22 32/5 32/10 32/13 32/20 33/2 33/4 33/5 35/3 35/23 37/10 38/23 39/4 39/10 39/21 41/8 42/2 42/3
Office's [7] 31/19 32/1 32/24 39/14 41/8 41/11 41/19
officer [1] 24/19
Officers [1] 9/11
official [2] 1/21 13/22
officials [1] 16/17
okay [14] 10/9 25/21 43/14 44/4 57/10 57/20 60/7 61/25 62/3 63/2 63/17 67/16 69/3 69/23
old [3] 10/23 45/7 45/8
omission [3] 21/6 22/4 23/1
one [28] 4/11 7/6 13/4 15/2 17/2 17/20 19/4 19/14 19/15 19/15 20/8 20/9 20/12 20/15 26/7 29/13 30/21 30/23 38/6 39/8 40/25 42/6 42/23 47/4 52/13 52/20 57/2 64/24
one-level [2] 29/13 39/8
ongoing [1] 7/11 7/17
only [3] 4/11 41/12 45/2
open [1] 4/15
operated [1] 13/24
operators [2] 14/17 15/17
opportunity [3] 7/3 56/1 56/3
oppose [1] 39/5
oral [1] 7/4
orally [1] 24/13
order [16] 3/3 3/20 4/5 4/6 5/7 6/18 6/23 8/13 34/13 36/4 49/8 50/21 51/8 60/22 66/14 70/12
ordered [6] 8/10 8/15 8/21 9/4 9/8 28/11
orders [5] 3/7 6/22 8/5 8/12 8/24
organization [1] 19/5
organized [3] 13/6 13/10 13/15
original [1] 12/21 24/5 24/7 24/9
other [42] 2/23 13/19 14/17 15/12 16/4 18/23 19/3 21/11 21/15 22/9 22/13 23/6 23/9 27/4 27/23 28/16 28/23 29/23 31/21 32/2 36/16 36/19 36/22 39/20 39/21 39/23 40/12 40/23 41/10 42/2 42/12 45/18 48/10 48/21 49/16 51/7 51/9 58/24 63/5 67/1 70/5 70/6
others [14] 14/3 14/6 14/16 17/8 18/1 20/4 36/25 60/4 60/14 60/22 61/3 66/7 66/14 66/20
otherwise [5] 32/6 32/12 32/18 32/22 39/2
our [5] 5/20 47/16 65/8
out [5] 5/21 6/5 43/14 43/19 52/13
outside [5] 13/7 18/4 18/6 61/5 66/22
outweighs [1] 9/2
overnight [1] 35/21
overrides [2] 5/4 7/24
overseas [1] 13/12
own [5] 48/9 48/11 58/19 59/6 59/18

## P

page [1] 43/1
paid [2] 36/1 36/11
paper [2] 67/11 67/17
papers [1] 5/23
paragraph [31] 17/1 17/4 17/19 17/22 18/18
19/2 19/7 19/22 19/25 22/18 27/5 27/24 28/17 31/13 32/24 36/3 38/15 38/18 39/7 40/8 39/9 39/11 39/16 40/5 41/21 43/1 43/2 43/5 43/13 52/13 64/2
paragraphs [10] 17/2 17/20 19/23 27/2 27/21 28/15 30/19 30/21 31/11 38/6
part [11] 14/22 15/6 16/10 19/4 19/6 20/16 36/9 63/12 63/14 64/6 67/7
participate [1] 29/25
participated [1] 14/10
participation [2] 29/20 30/23
particular [2] 13/11 55/25
parties [8] 5/11 7/2 7/4 28/9 30/17 42/14 42/15 70/3
parties' [1] 9/1
partner [2] 60/18 66/11
partners [1] 14/10
party [6] 4/20 21/9 22/7 23/3 30/4 38/7
past [2] 11/20 45/19
patience [2] 71/23 71/25
pattern [5] 20/16 63/12 63/15 64/6 67/7
pay [5] 34/18 34/20 34/23 36/14 38/12
payable [2] 35/19 38/13
payment [6] 18/23 30/10 30/25 36/21 38/2 38/3
payments [4] 35/8 35/12 35/16 35/18
PC [1] 1/16
peers [1] 47/11
penalties [6] 26/13 27/4 27/23 28/17 38/4 52/14
perhaps [2] 64/25 71/1
period [6] 20/17 31/4 63/19 64/8 67/9 70/23
perjury [2] 39/16 44/24
persist [1] 47/8
person [4] 21/1 21/24 22/22 48/12
personal [6] 21/2 22/1 22/23 33/23 34/3 34/8
personally [1] 6/8
Phone [1] 1/23
physical [1] 18/15
physician [1] 45/15
pictures [1] 17/14
piece [1] 67/17
pills [2] 11/20 45/20
place [10] 3/10 5/16 18/3 18/4 18/5 18/5 31/18 31/23 61/5 66/22
placed [3] 21/9 22/7 23/4
places [2] 63/5 67/1
plate [1] 71/9
plea [28] 1/7 3/4 6/19 7/14 7/25 8/11 9/17 37/10 38/12 39/3 41/5 41/24 44/7 44/19 46/8 46/23 47/8 48/20 49/19 49/20 54/25 57/9 57/23 64/19 68/12 68/14 68/14 68/20
plead [23] 26/8 38/16 41/4 41/23 43/4 44/12 47/3 47/4 47/7 48/19 49/7 51/8 58/4 58/6 58/10 58/14 58/22 59/1 61/13 68/24 69/8 69/11 69/14
pleading [6] 40/15 40/20 40/21 41/20 46/12 52/7
pleads [1] 29/11
pleaing [1] 66/2
pleas [2] 58/18 69/23
please [14] 2/5 2/14 9/19 10/12 10/16 23/20 24/20 24/21 43/22 51/2 51/3 57/4 59/6 59/23
plural [1] 33/23
point [3] 44/6 57/2 57/12
portion [4] 33/15 36/12 36/14 43/6
portions [1] 64/22
possession [3] 3/11 29/25 30/17
post [7] 11/9 11/11 26/20 27/13 28/7 37/22 71/15
post-Government [1] 71/15
post-grad [1] 11/9

post-graduate [1] 11/11
post-release [3] 26/20 27/13 28/7
potential [1] 11/13
power [1] 4/10
pre [3] 26/19 27/12 28/6
pre-release [3] 26/19 27/12 28/6
predict [1] 41/1
prejudice [7] 4/19 4/23 5/4 7/9 7/15 7/23 9/1
prejudiced [2] 5/1 7/21
premature [1] 71/1
premier [1] 13/14
premised [1] 39/20
preparation [1] 71/7
prepare [2] 32/1 70/21
prepared [4] 24/12 55/24 61/13 67/11
prescribed [1] 20/6
presence [4] 29/20 31/14 31/16 47/25
present [3] 2/19 10/3 32/9
presently [1] 45/14
press [1] 4/8
presumed [1] 47/14
presumptive [2] 57/8 57/13
presumptively [1] 40/22
pretenses [3] 14/5 15/22 17/11
prevailing [1] 38/7
prevent [1] 4/21
previously [7] 26/20 27/13 28/7 44/12 46/25 61/6 66/23
previously-mentioned [2] 61/6 66/23
price [2] 60/9 60/11
principles [1] 37/22
printed [1] 67/11
prior [6] 14/18 29/7 30/4 30/14 39/11 42/14
prison [3] 52/18 53/13 53/14
probability [4] 4/18 4/22 7/6 7/13
Probation [6] 29/2 55/24 70/12 70/20 70/25 71/7
problem [1] 45/24
problems [1] 10/10
Procedure [4] 8/20 26/5 34/15 40/11
procedures [3] 35/13 36/19 44/7
proceed [3] 12/14 46/15 59/23
proceeded [1] 56/19
proceeding [23] 3/8 3/12 5/15 5/16 5/19 6/5 6/21 6/23 7/14 7/21 8/1 8/11 8/12 8/13 8/24 8/25 10/8 30/6 35/6 37/3 42/4 56/24 65/15
proceedings [9] 1/24 3/7 4/9 4/10 6/9 10/20 19/9 32/2 45/3
proceeds [2] 21/3 33/24
procured [1] 15/21
produced [1] 1/25
proffer [1] 42/6
profit [5] 14/6 15/20 16/24 60/16 66/9
prohibit [1] 42/3
promise [1] 33/6
promises [6] 14/5 17/11 42/11 42/14 59/1 59/3
promote [2] 18/6 66/22
proof [2] 47/17 47/20
properties [4] 37/5 37/14 37/19 37/21
property [30] 17/10 21/2 21/6 21/11 21/15 21/16 21/25 22/1 22/4 22/9 22/13 22/14 22/22 22/23 22/24 22/25 23/6 23/9 23/10 33/9 33/23 34/3 34/4 34/5 34/8 34/10 34/10 36/17 37/1 70/5
propose [1] 43/6
proposed [3] 3/19 4/5 4/6
prosecuted [3] 56/15 62/5 62/8
prosecuting [2] 42/2 42/4
prosecution [7] 12/6 39/13 39/18 40/8 56/11 57/11 67/23
Prosecutions [1] 40/2
prosecutor [1] 43/18 50/5 69/5

## P

protect [3] 4/23 5/3 7/20
protects [1] 5/8
prove [1] 47/15
provide [9] 3/20 15/13 15/14 16/11 16/19
 29/15 31/17 31/20 32/3
provided [13] 4/2 5/16 6/7 7/3 16/5 18/13
 30/20 31/11 32/6 32/11 32/21 55/18 68/9
provides [1] 54/25
providing [1] 40/24
provision [2] 30/19 39/2
provisions [5] 28/23 34/1 34/6 34/11 36/9
proximate [1] 17/6
PSR [2] 71/5 71/8
psychiatrist [1] 45/15
psychologist [1] 45/16
public [18] 3/2 4/8 5/1 5/11 5/15 6/10 6/12
 6/23 6/24 7/1 7/1 7/2 7/14 7/21 9/4 9/10 9/13
 47/10
public's [1] 7/24 9/2
publically [2] 3/9 3/15
published [1] 5/18
Puerto [1] 13/13
purchase [7] 14/13 14/23 14/23 16/18 60/4
 60/14 66/8
purchased [4] 60/17 60/22 66/9 66/14
purchasing [1] 14/14
purpose [6] 5/9 14/10 16/11 17/12 19/16
 20/4
pursuant [24] 8/2 21/13 21/17 22/11 23/7
 26/4 26/21 26/23 26/25 27/16 27/18 27/19
 28/12 29/9 29/14 30/1 32/13 33/12 34/14
 36/2 36/6 36/18 44/13 57/6
put [2] 12/24 65/19

## Q

quadrennial [1] 13/15
qualified [4] 4/8 5/5 7/25 9/2
quarrel [1] 43/1
Queens [2] 63/5 66/25
Queensland [1] 11/10
question [7] 12/8 44/23 46/8 46/23 48/22
 65/20 70/17
questions [7] 45/13 46/14 49/8 49/10 56/5
 56/8 56/11
quote [1] 4/18

## R

R-A-F [1] 2/17
raise [1] 48/1
raises [1] 57/12
Randall [1] 9/23
range [6] 32/17 32/17 40/18 55/15 55/16
 55/21
rate [1] 36/13
re [7] 17/3 17/3 17/21 19/24 19/24
re-alleged [1] 17/3 17/21 19/24
re-incorporated [2] 17/3 19/24
reached [3] 50/2 50/23 51/8
read [21] 12/15 23/15 24/13 25/6 25/12 26/3
 42/20 44/13 44/14 44/14 46/6 46/25 47/1 50/7
 57/10 64/10 64/12 64/13 64/25 65/5 65/12
 67/12
reads [1] 43/3
ready [2] 9/15 58/4
real [7] 21/2 22/1 22/22 33/23 34/3 34/8
 71/13
realize [1] 64/18
reason [2] 45/16 57/23
reasonable [5] 4/24 7/19 41/8 47/18 49/3
reasons [4] 4/13 5/20 6/5 10/18
receipt [1] 30/25
receive [1] 55/24 59/4

received [4] 33/16 61/1 66/18 68/20
receiving [3] 16/21 60/23 66/15
recently [1] 45/14
recognize [1] 6/23
recognizes [2] 40/15 66/1
recommend [4] 33/4 41/9 41/12 55/25
recommendation [2] 41/13 41/19
record [19] 2/6 2/24 4/15 9/20 12/12 12/13
 24/14 45/7 57/5 63/25 64/13 64/15 65/24
 68/25
recorded [2] 1/24 65/18
reduction [3] 29/8 29/13 39/8
refer [2] 10/5 10/18
referred [3] 18/20 35/1 38/6
referring [2] 43/7 69/17
reflect [2] 9/5 69/1
reflecting [1] 5/18
regarding [1] 35/9
regardless [2] 32/8 41/4 41/23
registered [1] 13/8
regulations [4] 18/16 19/1 19/13 20/6
regulatory [1] 19/8
related [1] 45/24
relating [1] 30/16
release [18] 26/16 26/17 26/19 26/20 27/9
 27/11 27/12 27/13 28/3 28/4 28/6 28/7 52/23
 53/1 53/17 53/20 54/10 54/11
released [2] 39/3 39/4
relevant [6] 3/12 13/3 18/11 29/2 29/23
 52/12
relief [1] 41/14
remain [3] 4/4 6/2 6/9
remaining [1] 34/21
remission [1] 36/8
removable [1] 40/19
removal [12] 27/4 27/24 28/17 38/15 38/19
 40/22 40/23 41/6 41/21 41/25 57/8 57/14
removed [1] 57/7
repeat [1] 45/21
report [8] 18/19 55/24 56/1 56/2 63/9 64/3
 67/4 70/21
reporter [6] 1/21 1/21 2/7 11/4 64/10 64/25
reporting [4] 18/12 18/14 19/16 20/5
reports [2] 63/7 67/3
represent [1] 2/19
representation [2] 12/12 33/6
representations [3] 12/13 14/5 17/11
representative [1] 15/3
represented [1] 15/15
representing [1] 13/10
represents [1] 33/15
request [5] 31/16 36/8 41/8 56/13 71/7
requested [2] 28/23 30/7 30/8 31/25
requests [3] 31/15 31/22 41/7
required [10] 8/17 18/19 18/24 19/3 19/7
 28/22 37/5 37/13 53/10 54/6 54/22 55/16
requirement [2] 63/11 64/5 67/6
requirements [5] 18/13 18/14 19/17 20/5
 35/9
requires [3] 21/1 21/24 22/21
requiring [2] 8/16 8/22
requisite [2] 63/7 67/3
reread [1] 64/1
resale [4] 14/25 15/10 16/5 16/20
reschedulings [1] 31/24
resell [10] 14/5 14/20 15/1 15/8 15/15 16/12
 60/15 61/6 66/9 66/23
reselling [3] 14/11 60/18 66/11
resold [2] 15/24 16/23
respect [23] 6/13 13/22 28/10 31/4 38/5
 40/16 58/14 61/11 61/22 61/23 62/12 62/14
 62/15 62/18 62/19 62/21 62/23 62/25 63/3
 68/22 69/8 69/11 69/14

respectfully [1] 56/13
respective [1] 41/16
respond [2] 2/25 6/14 44/22
response [2] 2/25 6/14 44/22
responsibility [4] 29/7 29/11 32/23 39/6
rest [1] 5/22
restitution [9] 26/22 27/17 28/9 28/10 36/3
 36/5 53/7 54/3 54/18
restoration [1] 36/8
rests [2] 41/13 41/15
result [9] 15/19 15/25 21/6 22/4 23/1 33/9
 41/20 57/7 57/13
resulting [1] 39/18
returns [1] 30/14
reveal [1] 30/3
Revenue [3] 30/10 30/14 30/16
rewritten [1] 64/21
Rico [1] 13/13
right [51] 3/1 4/9 5/5 6/9 7/25 9/2 9/10 10/5
 11/24 25/14 26/1 37/13 37/18 38/10 38/17
 43/4 43/7 43/9 43/12 43/17 44/3 45/6 47/3
 47/8 47/25 48/8 48/20 49/12 49/16 50/25
 51/16 56/14 56/17 56/20 56/21 56/24 57/22
 59/9 59/16 62/11 62/21 63/23 64/9 67/22
 68/5 68/8 68/18 69/20 70/10 71/24 71/25
rights [5] 44/19 46/12 48/21 49/16 68/11
rise [1] 2/1
RMR [1] 1/21
road [1] 10/10
role [1] 14/13
rule [6] 8/20 26/4 34/14 40/10 40/11 40/22
rules [6] 8/20 13/19 26/4 34/14 40/11 40/11
run [2] 28/18 55/1

## S

said [14] 15/5 37/19 37/20 42/17 46/5 50/5
 55/1 56/17 63/15 63/21 65/3 65/17 65/22
 69/1
sale [4] 13/20 15/21 16/25 31/2
sales [2] 13/22 33/16
same [2] 37/7 62/18
Samoa [1] 13/13
sat [1] 65/15
satisfaction [1] 36/4
satisfied [1] 46/17
satisfy [1] 49/9
say [9] 44/17 60/7 62/7 65/14 65/16 69/4
 69/5 69/6 69/17
saying [4] 62/13 62/16 62/20 62/24
says [4] 43/4
scheduled [1] 6/23
scheme [11] 14/3 14/7 14/13 14/22 15/6
 15/19 15/23 16/7 16/10 17/9 17/12
SCHMID [1] 1/21
school [2] 11/1 11/2
seal [28] 3/6 3/6 3/14 3/23 3/25 4/1 4/4 4/6
 4/7 6/17 6/21 6/21 7/8 8/7 8/11 9/12 23/20
 44/3 49/21 50/17 51/2 51/5 51/6 51/13 52/4
 52/6 67/25 68/6
sealed [5] 3/19 5/21 6/5 6/9 10/8
sealing [2] 5/20 5/23
seated [4] 2/15 2/22 6/2 10/16
second [9] 3/24 8/3 8/4 25/15 33/19 33/21
 34/22 34/23 34/25
secondary [2] 11/1 11/2
Secondly [1] 4/22
Section [69] 8/19 17/16 17/17 17/17 18/8
 18/9 18/16 18/25 19/1 19/10 19/13 20/6
 20/19 20/19 20/25 21/1 21/13 21/15 21/18
 21/18 21/19 21/24 22/11 22/12 22/16 22/21
 23/8 23/11 23/12 26/9 26/10 26/11 26/15
 26/21 26/22 26/25 27/3 27/3 27/16 27/23
 28/1 28/2 28/8 28/9 28/12 28/13 28/16 28/16
 28/24 29/9 29/14 32/14 33/10 33/13 33/13

**S**

Section... [14] 33/25 34/2 34/2 34/4 34/6 34/7
34/9 34/11 34/12 34/9 35/14 36/9 36/18 38/8
Sections [11] 18/10 20/18 22/15 26/14 26/24
27/2 27/18 27/22 33/10 33/12 36/6
security [3] 9/11 41/15 70/5
see [5] 50/4 56/1 67/24
seek [7] 20/24 21/15 21/23 22/12 22/20 23/8
35/4
seeks [1] 37/2
seem [1] 25/18
Seizure [1] 35/10
seldom [1] 4/11
sell [9] 14/15 14/16 14/19 14/24 16/1 16/3
16/8 60/24 66/16
senior [1] 13/16
sent [2] 60/25 66/17
sentence [21] 28/18 28/20 28/24 29/5 29/8
30/8 30/15 32/8 33/5 33/7 43/1 43/2 43/6
49/3 54/25 55/16 55/17 55/21 55/23 59/4
64/1
sentenced [3] 26/18 27/11 28/5
sentences [1] 55/12
sentencing [18] 28/21 29/3 32/14 33/20
34/24 36/5 38/14 39/12 49/2 52/12 55/2 55/3
55/7 55/15 70/13 70/18 70/22 72/3
Seoul [2] 11/12 11/17
separate [2] 40/24 69/1
September [2] 42/10 42/10
September 26 [1] 42/10
September 4 [1] 42/10
sequentia [3] 17/18 18/10 20/20
sequester [1] 71/16
series [2] 19/20 20/13
serious [3] 7/11 7/17 44/17
serve [1] 2/14
served [3] 26/20 27/13 28/7
Service [2] 30/10 30/14 30/16 35/20
set [22] 5/21 6/5 12/15 17/3 17/21 19/24 27/1
27/4 27/21 27/24 28/15 28/17 30/19 35/14
37/15 38/15 38/17 42/12 43/5 43/13 48/23
70/12
sets [1] 52/13
setting [1] 32/14
seven [7] 11/23 14/18 27/2 27/21 28/15 30/19
33/8
Seventeen [2] 17/5 39/18
Seventh [1] 35/24
several [1] 57/10
shall [8] 33/1 34/18 34/20 34/23 35/19 36/2
36/12 37/7
she [1] 60/17
sheet [4] 3/5 6/20 7/7 8/6
should [6] 6/5 28/11 38/23 40/14 57/23 70/7
show [1] 67/23
shutdown [1] 71/15
sign [3] 24/12 50/7 50/25
signals [1] 17/14
signature [5] 25/9 25/11 25/13 25/14 25/17
signatures [1] 24/7
signed [17] 12/17 12/21 23/13 24/2 24/5
24/11 24/16 25/7 25/8 25/23 25/23 39/25
40/4 42/13 42/17 42/18 70/8
significant [3] 7/10 7/16 70/23
signing [2] 24/19 40/7
signs [1] 17/14
Silver [1] 25/20
simply [1] 56/3
sir [76]
sit [2] 11/25 46/1
sitting [2] 65/1 66/5
six [4] 20/1 32/10 39/9 39/11

Sixteen [1] 38/20
slight [1] 42/23
slowly [3] 60/6 65/1 65/5
small [1] 57/2
smaller [6] 19/18 20/10 20/12 63/11 64/4
67/6
smuggling [1] 31/8
so [26] 9/7 24/6 37/7 43/10 43/10 43/19
44/13 44/21 45/6 45/11 48/9 55/1 55/2 59/18
59/21 59/22 60/7 62/11 63/24 64/23 65/20
65/22 65/24 66/1 69/6 70/23
soccer [2] 13/6 13/11
Soccer's [1] 13/14
sold [5] 21/8 22/6 23/3 60/20 66/12
sole [1] 35/4
some [4] 11/10 45/13 52/11 65/3
something [2] 62/5 62/9
sorry [3] 62/8 63/24 68/16
sought [2] 15/7 48/2
sounds [1] 17/14
South [4] 11/11 11/17 13/18 30/25
Southern [7] 17/6 17/25 59/25 60/1 61/2
66/6 66/19
speak [2] 2/6 10/16
special [8] 9/23 26/24 27/19 28/13 38/12 53/9
54/5 54/21
specific [3] 30/1 33/5 43/8
specifically [1] 31/15
specified [1] 18/7
speedy [1] 47/10
spell [2] 2/6 11/4
spelled [1] 10/3
spoke [1] 5/16
spoken [1] 65/14
staff [1] 2/13
standards [1] 5/10
start [1] 13/17
started [4] 3/17 3/18 11/18 68/20
state [7] 2/5 2/23 9/19 42/2 61/1 66/18 70/16
stated [1] 19/9
statement [2] 39/20 68/6
statements [4] 31/9 40/1 40/13 65/7
STATES [72] 1/1 1/2 1/9 1/11 1/14 2/9 3/3
6/16 8/3 8/4 8/8 8/19 9/22 13/2 13/7 13/12
13/13 14/10 16/14 17/16 17/17 18/4 18/4
18/5 18/6 18/18 18/21 18/25 19/8 19/10 20/5
20/18 20/19 20/22 21/13 21/13 21/14 21/19
21/21 22/11 22/16 22/18 23/7 23/8 23/12
23/13 25/8 26/5 28/20 29/1 29/17 29/22
33/19 35/20 35/22 35/22 36/24 38/19 40/10
40/10 41/6 41/25 47/9 47/17 48/12 57/14
57/15 57/18 61/4 61/5 66/21 66/22
status [2] 40/17 41/3
statute [4] 37/23 40/3 40/6 40/12
statutes [1] 71/8
statutory [3] 26/12 52/14 55/19
stenographer [1] 65/4
stenography [1] 1/24
stricken [1] 43/10
strike [1] 43/19
strike-out [1] 43/19
striking [2] 43/6 43/14
structure [3] 20/7 20/8 27/25
structured [1] 33/18
structuring [5] 18/13 19/11 20/8 31/5 54/8
studies [1] 13/16
subject [6] 33/9 36/2 38/14 39/13 40/24
55/19
submissions [1] 7/4
subsequent [1] 29/7
substantial [18] 4/18 4/22 7/6 7/13 14/6
14/12 15/20 16/8 16/12 16/23 16/24 32/3
32/6 32/11 32/21 60/16 66/9 70/4

substantially [3] 21/10 22/8 23/5
substitute [5] 8/25 34/1 34/5 34/10 36/24
substituted [1] 8/6
such [26] 4/10 5/2 16/3 17/12 18/22 18/23
21/1 21/4 21/25 22/1 22/2 22/22 22/23 23/24
29/4 31/16 31/20 31/23 32/15 34/5 34/10
37/8 39/11 39/25 40/7 41/14
sufficient [1] 70/6
suggest [4] 64/24 65/5 65/7 65/10
suggested [1] 68/21
suggestion [1] 64/17
sum [1] 19/18
sums [6] 19/18 19/19 20/10 20/11 20/11
20/12
supersedes [1] 42/14
supervised [9] 26/16 27/9 28/3 52/22 53/1
53/17 53/20 54/10 54/11
supervising [1] 25/18
supervision [3] 26/20 27/14 28/7
supervisor [1] 42/18
suppressed [1] 40/14
sure [8] 10/19 56/16 57/3 57/5 64/10 64/16
66/3 68/23
suspenders [1] 69/4
swear [1] 10/12
Swiss [1] 13/8
Switzerland [1] 13/9
sworn [2] 10/15 44/21
system [1] 47/16

**T**

table [1] 9/23
tailored [2] 5/8 8/16 8/22
take [8] 49/2 52/10 55/3 57/17 60/5 60/5
60/12 64/11
taken [1] 11/19 44/20 45/19
taking [2] 44/7 64/19
talk [1] 61/20
tax [5] 19/8 28/10 28/11 30/11 30/13
taxes [1] 38/3
teams [1] 13/16
tell [1] 44/21
ten [4] 15/12 28/1 36/10 54/9
tends [1] 10/9
term [24] 26/13 26/15 26/16 26/17 27/6 27/8
27/9 27/10 27/25 28/1 28/3 28/4 52/18 52/18
52/23 53/1 53/13 53/14 53/18 53/20 54/9
54/9 54/10 54/11
terms [9] 32/12 32/22 39/19 52/8 52/14
62/12 70/7 70/11 70/24
territories [1] 13/12
territory [1] 13/11
testified [1] 45/19
testify [5] 30/5 47/25 48/5 48/9 48/14
testimony [4] 38/21 38/25 39/23 40/1
than [16] 3/9 11/15 20/17 42/2 42/12 45/18
51/9 55/17 55/18 58/24 63/6 63/18 63/20
64/7 67/2 67/8
thank [31] 2/12 2/13 2/21 5/24 6/3 6/11 9/16
10/22 12/19 12/22 23/25 24/8 24/18 25/1
44/8 44/10 56/7 56/9 56/10 56/12 57/21 66/4
69/7 69/22 71/18 71/19 71/20 71/23 71/24
72/1 72/2
that [245]
that's [11] 24/2 25/22 44/8 50/16 52/6 60/7
65/2 65/9 68/18 69/3 71/10
their [5] 2/23 7/4 36/3 41/16 71/9
them [11] 14/11 14/15 14/16 16/8 44/15 47/1
49/2 55/6 59/14 60/20 66/13
then [9] 4/11 11/16 11/17 43/4 59/17 61/19
65/2 68/22 70/10
theoretical [1] 71/14
there [21] 2/23 4/18 4/22 6/12 7/6 7/13 12/25

**T**

there... [14] 25/16 43/8 48/3 48/21 48/22
51/7 61/24 64/11 64/20 65/3 65/20 68/13
70/1 70/15
therefore [1] 4/9 4/13 68/14
therefrom [2] 30/4 40/14
thereof [1] 36/12
thereunder [1] 20/6
these [13] 3/7 5/10 6/8 10/20 45/3 47/4 47/7
48/1 52/8 52/14 57/13 58/18 61/22
they [7] 16/8 16/19 65/23 65/24 66/3 67/24
71/7
they're [1] 71/11
they've [1] 71/8
thing [1] 62/18
things [6] 13/20 15/12 19/3 36/22 39/20
64/24
think [15] 5/20 6/7 12/1 42/25 56/2 59/14
68/25 70/3 70/25 71/2 71/15
third [11] 1/16 4/4 4/20 21/9 22/6 23/3 25/16
30/4 30/17 34/25 35/1
Thirdly [1] 5/2
Thirteen [1] 16/6 37/12
Thirty [1] 22/3
this [124]
those [6] 5/22 14/5 42/12 59/22 61/13 70/17
though [3] 10/7 62/9 65/17
thought [2] 48/3 48/6
threatened [1] 58/21
three [16] 7/19 13/17 26/8 26/16 27/9 28/3
29/15 31/8 52/23 53/18 54/10 68/23 69/1
69/4 69/5 69/6
three-count [1] 26/8
through [18] 14/20 17/2 17/20 18/4 18/5
18/23 19/23 27/2 27/22 28/15 29/7 30/12
30/19 35/5 42/18 65/3 66/21 68/21
throughout [2] 10/6 10/20
thus [1] 46/18
ticket [5] 14/7 14/9 14/17 15/23 33/16
Ticketing [1] 13/21
tickets [45] 13/20 13/23 14/4 14/6 14/11
14/14 14/14 14/19 14/20 14/23 14/25 15/2
15/8 15/10 15/16 15/21 15/24 16/2 16/4 16/4
16/8 16/12 16/15 16/18 16/18 16/20 16/21
16/23 16/25 31/2 60/4 60/15 60/17 60/19
60/22 60/23 60/24 61/6 66/8 66/10 66/11
66/14 66/15 66/16 66/21
time [25] 3/10 5/16 6/9 6/25 9/12 12/7 16/17
26/20 27/13 28/7 31/4 31/18 31/20 31/23
33/3 33/3 36/5 40/2 46/22 60/5 60/7 60/12
70/21 71/5 71/25
time-barred [1] 40/2
timely [1] 37/7
times [8] 13/3 18/11 38/20 57/10 69/1 69/4
69/5 69/6
title [30] 17/16 17/17 18/8 18/9 18/9 18/16
18/24 18/25 19/9 19/12 20/5 20/17 20/18
20/24 20/25 21/13 21/14 21/17 21/18 21/19
21/23 22/11 22/12 22/15 22/16 22/21 23/8
23/11 23/11 36/23
today [14] 2/13 5/15 7/5 11/25 11/25 12/4
45/3 45/12 46/2 46/15 51/1 52/16 70/6
71/22
today's [2] 29/12 67/17
together [6] 14/3 15/12 17/7 18/1 20/4 33/21
tour [2] 14/16 15/17
tournament [1] 13/15
towards [5] 34/19 35/8 35/12 35/16 35/18
traceable [6] 21/3 22/2 22/24 33/24 34/5
34/10
transaction [8] 18/19 18/21 19/4 19/5 19/12
19/20 60/19 66/12

transactions [11] 18/14 18/15 19/14 19/20
20/8 20/14 20/14 31/5 63/10 64/3 67/5
transcript [7] 1/7 1/24 3/6 6/21 8/11 8/17
8/23
transcription [1] 1/25
transfer [5] 18/2 18/15 18/23 36/3 36/23
transferred [3] 21/8 22/6 23/3
transfers [4] 17/15 18/3 61/4 66/21
transmit [2] 17/12 18/2
transmitted [1] 17/13
transport [1] 18/2
travel [3] 11/16 14/16 15/16
Treasury [1] 18/21
treated [1] 45/24
trial [11] 37/18 47/10 47/14 47/23 48/8 48/11
48/14 48/18 48/20 48/22 49/16
trials [1] 32/1
tribunal [1] 39/24
Trinidad [1] 11/17
true [2] 7/14 8/25
truth [1] 44/21
truthful [2] 29/15 38/21
truthfulness [1] 32/25
trying [1] 70/21
turn [2] 14/16 44/7
Twelve [1] 37/4
Twenty [5] 19/11 20/1 21/5 42/1 42/6
Twenty-eight [1] 21/5
Twenty-four [1] 19/11
Twenty-one [1] 42/6
Twenty-six [1] 20/1
twice [2] 27/15 53/24
two [19] 7/13 13/14 16/13 16/16 16/21 19/6
26/18 27/12 28/5 28/19 29/8 31/5 31/11
32/24 39/6 39/7 39/8 61/22 64/24
two-level [1] 29/8
typed [1] 25/19 64/20 64/23

**U**

U.S [2] 1/4 22/21
under [45] 3/6 3/14 3/23 3/25 4/1 4/4 4/6 4/7
4/12 6/17 6/21 7/8 7/14 8/7 13/8 23/20 27/7
27/8 28/2 37/5 37/24 38/8 39/4 40/9 40/18
44/3 45/15 47/9 47/16 48/11 49/4 49/21
50/17 51/2 51/5 51/6 51/13 52/4 52/6 53/18
53/23 67/25 68/6 70/7 70/11
undercover [1] 30/1
understand [37] 12/3 44/20 44/24 45/3 46/4
46/11 47/5 47/11 47/21 48/6 48/16 48/24
49/5 49/13 50/10 52/7 52/19 52/23 53/2 53/5
53/10 53/14 53/18 53/21 54/1 54/6 54/11
54/15 54/19 54/23 56/20 56/23 57/12 57/15
60/11 61/25 71/14
understanding [4] 44/18 49/25 50/21 62/3
understands [9] 28/19 38/14 40/25 41/18
56/16 57/6 68/10 68/11 68/11
understood [8] 16/1 16/3 16/16 31/19 31/23
32/19 41/11 44/2
Unfortunately [1] 64/21
UNITED [71] 1/1 1/2 1/9 1/11 1/14 2/9 3/2
6/16 8/2 8/4 8/19 9/22 13/2 13/7 13/12 13/13
14/10 16/14 17/18 17/21 18/16 18/18 18/18
18/8 18/20 18/25 19/8 19/9 20/5 20/18 20/19
20/22 21/12 21/13 21/14 21/19 22/1 22/10
22/16 22/18 23/7 23/8 23/12 23/13 25/8 26/5
28/20 29/1 29/22 33/19 35/20 35/22 35/22
35/22 36/23 38/19 40/10 40/18 41/6 41/25
47/9 47/17 48/12 57/14 57/15 57/17 61/4
61/5 66/21 66/22
University [4] 11/7 11/8 11/9 11/11
unlawful [1] 18/7
unless [3] 31/15 42/13 44/5
unnamed [1] 3/3

unpaid [1] 36/12
unquote [1] 44/18
unseal [1] 8/23
unspecified [1] 33/19
up [19] 12/20 14/12 16/8 16/12 16/23 21/16
22/13 23/9 24/4 25/2 26/18 27/11 28/5 36/17
48/20 49/12 49/15 56/18 67/11
upon [1] 6/15 20/23 21/7 21/21 22/5 22/19
23/2 31/16 33/1 37/8 39/20
urgent [1] 4/12
us [5] 2/13 6/7 8/18 8/19 9/22
USA [2] 9/18 11/16
USC [51] 8/19 26/9 26/10 26/10 26/14 26/15
26/20 26/22 26/23 26/25 27/2 27/3 27/3 27/7
27/8 27/14 27/16 27/16 27/18 27/19 27/22 27/22
27/23 28/1 28/2 28/7 28/8 28/12 28/13 28/15
28/16 28/24 33/10 33/10 33/12 33/13 33/13
33/25 34/1 34/2 34/4 34/6 34/7 34/9 34/11
34/12 35/9 35/14 36/6 36/9 36/18 38/8
use [5] 3/4 6/2 6/19 7/6 13/20
used [2] 29/4 31/11
USSG [3] 29/9 29/14 32/14

**V**

Vader [1] 60/6
value [9] 21/10 21/16 22/8 22/14 23/5 23/10
27/15 32/25 53/24
vary [1] 31/22
venue [9] 26/8 37/23 61/13 61/17 61/20
61/23 62/1 62/14 62/19
verbally [1] 57/5
version [2] 24/5 64/23
versus [7] 1/3 8/3 8/4 8/9 8/18 8/18 9/18
very [5] 4/11 4/12 60/13 71/1 71/20
viable [1] 58/1
victims [1] 36/6
view [1] 46/11
violated [7] 26/18 27/11 28/5 39/2 63/12 64/6
67/7
violating [1] 52/16
violation [8] 20/17 21/4 33/9 33/25 34/4 34/9
39/14 52/15
violations [1] 26/9
Virgin [1] 13/13
Visa [2] 41/10 41/19
voluntarily [4] 37/12 37/17 58/19 68/10

**W**

W-A-R-N-E-R [1] 10/4
waive [7] 6/9 26/7 38/17 43/4 43/12 61/13
62/1
waiver [8] 24/6 24/9 24/23 43/8 43/8 51/11
56/17 61/20
waives [7] 35/8 35/11 37/13 37/18 37/19
38/10 40/9
waiving [6] 46/12 56/23 61/17 61/23 62/14
62/19
want [2] 43/10 61/17
wants [4] 38/16 41/3 41/22 43/4
WARNER [2] 1/4 10/2
warranted [4] 4/14 5/7 29/9 29/13
was [37] 3/9 3/15 4/1 4/1 5/17 5/22 13/5 13/8
13/9 13/14 13/17 13/18 13/21 13/24 14/13
14/22 15/4 15/5 15/6 16/10 19/5 19/12 32/8
48/3 50/1 50/23 56/18 60/19 60/23 61/15
62/9 63/9 64/2 65/18 66/11 66/15 67/4
Washington [1] 11/9
wasn't [1] 65/18
water [1] 60/5
way [4] 56/3 56/15 56/24 59/16
we [37] 2/3 2/19 3/1 3/17 5/22 6/1 6/4 6/7 6/7
6/9 9/17 10/5 10/18 12/17 23/21 42/17 43/6
43/23 44/6 46/9 49/19 50/15 50/18 51/16

we... [21]  51/21 52/5 59/11 59/16 61/19
 61/21 63/24 64/14 64/23 64/24 65/7 67/10
 67/11 68/19 68/20 68/22 68/23 70/20 71/4
 71/12 71/25
we'll [3]  64/10 64/11 67/22
we're [5]  12/22 25/2 43/11 59/8 62/11
we've [1]  3/18
well [13]  2/9 22/22 24/5 24/7 25/10 28/23 53/4
 53/24 54/14 57/7 57/10 59/22 61/15
went [1]  11/17
were [11]  7/3 16/17 18/14 18/18 19/2 19/7
 44/22 63/9 64/3 67/4 70/25
West [4]  11/3 11/5 11/7 60/9
WFK [1]  1/3
what [19]  12/3 33/6 49/3 49/8 59/7 59/19
 60/7 61/25 62/3 62/4 62/15 63/2 63/15 63/21
 64/10 64/12 65/2 65/17 65/18
what's [1]  67/19
whatever [1]  45/11
whatsoever [1]  12/10
when [5]  9/1 15/3 33/2 55/12 69/17
where [5]  4/22 26/7 59/8 59/22 71/12
whether [11]  4/14 4/17 4/24 5/4 32/5 32/8
 32/20 39/24 41/14 48/23 61/18
which [35]  3/11 3/14 4/20 6/6 7/2 21/1 21/3
 21/11 21/24 22/9 22/21 23/6 24/9 25/3 26/2
 29/12 29/19 33/15 33/23 37/1 40/19 41/15
 44/12 44/14 49/20 50/16 53/9 54/5 54/22
 55/17 55/25 67/17 68/20 70/4 70/11
whichever [1]  53/25
while [1]  49/1
who [10]  2/19 2/23 5/11 6/12 10/2 14/15
 16/17 19/4 25/18 66/5
whom [1]  19/5
whose [3]  6/17 14/9 16/13
why [3]  57/23 59/16 64/12
will [57]  2/5 4/4 5/10 5/22 5/25 9/5 10/5
 12/15 20/24 21/23 22/20 26/7 29/1 29/8
 29/13 29/15 29/16 29/17 30/13 30/21 31/10
 31/17 31/20 32/13 32/15 33/4 33/7 37/9 38/8
 39/3 39/4 39/13 41/8 41/16 42/12 42/25
 43/19 48/20 48/21 48/22 49/2 49/7 49/10
 49/11 55/3 55/6 55/13 55/14 55/20 55/24
 55/25 56/1 56/3 58/19 59/4 65/23 68/25
WILLIAM [1]  1/8
willing [1]  49/15
wire [9]  17/1 17/15 18/3 18/7 26/13 40/21
 52/17 61/4 66/21
wish [4]  2/23 6/12 44/12 48/13
wished [1]  48/9
wishes [4]  5/11 44/5 57/9 70/16
wit [3]  17/14 18/3 18/7
withdraw [2]  37/9 39/10
withdrawal [1]  18/22
within [16]  17/6 17/24 20/3 38/7 55/16 59/24
 60/1 61/2 61/16 61/21 62/20 63/18 64/7 66/6
 66/19 67/8
without [10]  16/19 19/17 21/12 22/10 23/6
 26/19 27/12 28/6 30/4 31/14
witness [2]  48/10 48/13
witnesses [3]  47/23 48/1 48/5
Woody [2]  60/7 60/12
word [1]  69/1
words [4]  43/10 59/7 59/19 64/21
work [1]  11/9
worked [2]  11/15 11/16
working [1]  15/4
world [29]  13/14 13/17 13/18 13/20 13/21
 13/23 13/23 14/3 14/7 14/8 14/11 15/8 15/11
 15/16 15/21 15/23 15/24 16/2 16/7 16/25
 31/2 31/2 33/17 60/15 61/7 66/8 66/24 71/13
 71/16
worry [1]  71/17
would [48]  4/20 4/25 5/14 7/8 7/14 7/21
 10/12 10/25 11/4 11/13 14/15 14/16 14/19
 14/24 16/1 16/3 16/5 24/13 32/17 43/17
 46/12 47/14 47/15 47/20 47/24 47/25 48/6
 48/8 48/14 49/3 56/5 56/13 57/4 57/13 60/20
 60/24 63/25 65/5 65/7 65/10 65/14 66/12
 66/16 67/11 67/23 70/20 70/25 71/2
wouldn't [1]  71/17
writing [1]  42/13
writings [1]  17/14
written [9]  7/4 42/6 49/19 50/7 50/15 51/9
 52/15 65/8 67/11
wrong [2]  56/3 68/19

X

xx [1]  19/13

Y

year [1]  11/16
years [26]  26/14 26/15 26/18 26/18 27/7 27/8
 27/10 27/12 28/1 28/2 28/3 28/5 30/11 45/8
 52/18 52/19 52/23 53/2 53/13 53/14 53/18
 53/21 54/9 54/9 54/10 54/11
yes [85]
yesterday [3]  3/9 5/14 5/18
YORK [25]  1/1 1/12 1/13 1/17 1/17 1/22 9/8
 20/3 23/14 30/6 35/23 35/24 42/16 61/14
 61/17 61/19 61/22 61/24 62/14 62/15 62/21
 62/25 63/3 63/5 67/1
Yorkers [1]  60/12
you [225]
you and [1]  57/11
you're [10]  9/15 25/16 52/16 56/23 62/12
 62/14 62/16 62/19 62/20 62/23
your [177]
yourself [1]  49/12

Z

zero [9]  26/15 27/8 28/2 52/19 53/2 53/14
 53/21 54/9 54/11
zoom [1]  71/12
Zurich [1]  13/9