UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,                :      ORDER TO SHOW CAUSE
:      13-cr-584 (WFK)
Plaintiff,       :

-*against*-      :

DARYAN WARNER,      :

Defendant.      :
-----------------------------------------------------------------X

**WILLIAM F. KUNTZ II, United States District Judge:**

Defendant Daryan Warner pled guilty before the Court on October 18, 2013. On June 17, 2015, non-parties American Broadcasting Companies, Inc., Daily News, L.P., and Bloomberg L.P. (the "Non-Parties") requested the Court unseal all exhibits to the guilty plea transcript (the "Exhibits"). Accordingly, the United States of America and Daryan Warner (collectively the "Parties") are hereby ORDERED to SHOW CAUSE as to why the Exhibits should not be unsealed. The Non-Parties shall file briefs in support of unsealing the Exhibits on ECF on or before Thursday, July 2, 2015 at 5:00 PM. The Parties shall file their respective briefs in opposition to unsealing the Exhibits on ECF on or before Wednesday, July 8, 2015 at 5:00 PM. The Parties and Non-Parties shall file any responses to the briefs in opposition on ECF on or before Monday, July 13, 2015 at 5:00 PM.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: June 17, 2015
Brooklyn, New York

—1—