# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

October 31, 2018

**VIA ECF**
Judge William F. Kuntz, II
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **United States v. Daryan Warner, 13-584 (WFK)**

Dear Judge Kuntz:

      I write on behalf of my client, Daryan Warner, in the above-referenced case. With the consent of the Government, we respectfully seek a modification of the conditions of Mr. Warner's release. Specifically, we request that the Court permit Mr. Warner to sell the following properties which are currently encumbered as security on his bond[1]:

- 330 NW 20th Street, Miami, Florida 33127
- 370 NW 20th Street, Miami, Florida 33127
- 415 NW 19th Lane, Miami, Florida 33136

      The current conditions of Mr. Warner's release are as follows: (1) a $5,000,000 bond secured by $300,000 cash, eight properties owned by Mr. Warner, and co-signed by Mr. Warner's mother[2]; (2) the surrender of Mr. Warner's passports; (3) a location monitoring device placed on Mr. Warner's cell phone; (4) Mr. Warner's travel is restricted to New York County, NY, Queens County, NY, Kings County, NY, Broward County, Florida, Miami-Dade County, Florida, and periodic business travel within the

---

[1] The remaining five properties are aggregately valued at more than $1,000,000. Should the Court grant this application, the remaining cash and property value supporting the bond greatly exceeds the initial $1,200,000 cash bond set by Judge Go in this matter.

[2] Mrs. Warner is aware of this application and consents.

**BRAFMAN & ASSOCIATES, P.C.**

continental United States upon prior permission from the FBI; (5) Mr. Warner's vehicles located in Miami cannot be sold without prior permission of the Government; (6) Mr. Warner executed a waiver of extradition; (7) Mr. Warner is required to report to the FBI in a manner and frequency determined by the case agents.

As it stands now, Mr. Warner is in compliance with all of the ongoing conditions of his release and has been for nearly six years. Mr. Warner seeks this modification so that he may continue to earn a living and support his family while he awaits closure of the instant matter.

Should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

Very truly yours,

/s/
Brafman & Associates, P.C.
By: Joshua D. Kirshner

cc:   All parties via ECF