## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

September 9, 2020

**VIA ECF**
Judge William F. Kuntz, II
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **United States v. Daryan Warner, 13-584 (WFK)**

Dear Judge Kuntz:

I write on behalf of my client, Daryan Warner, in the above-referenced case. With the consent of the Government, we respectfully seek a modification of the conditions of Mr. Warner's release. Specifically, we request that the Court order the return of the remaining $150,000 securing his bond.

The current conditions of Mr. Warner's release are as follows: (1) a $5,000,000 bond secured by $150,000, six properties owned by Mr. Warner, and co-signed by Mr. Warner's mother[1]; (2) the surrender of Mr. Warner's passports; (3) a location monitoring device placed on Mr. Warner's cell phone; (4) Mr. Warner's travel is restricted to New York County, NY, Queens County, NY, Kings County, NY, Broward County, Florida, Miami-Dade County, Florida, and periodic business travel within the continental United States upon prior permission from the FBI; (5) Mr. Warner's vehicles located in Miami cannot be sold without prior permission of the Government; (6) Mr. Warner executed a waiver of extradition; (7) Mr. Warner is required to report to the FBI in a manner and frequency determined by the case agents.

As it stands now, Mr. Warner is in compliance with all of the ongoing conditions of his release and has been for more than seven years. Mr. Warner seeks this modification so that he may continue to earn a living and support his family while he awaits closure of the instant matter.

---

[1] Mrs. Warner is aware of this application and consents.

Brafman & Associates, P.C.

      Should the Court grant the instant application, we have attached a proposed order for the Court to sign. Also, should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

                                             Very truly yours,

                                             _____/s/_____
                                             Brafman & Associates, P.C.
                                             By:  Joshua D. Kirshner

cc:      All parties via ECF