# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

July 13, 2021

**VIA ECF**
Judge William F. Kuntz, II
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     **United States v. Daryan Warner 13 Cr 00584-WFK**

Dear Judge Kuntz

I write on behalf of Daryan Warner, a defendant in the above-captioned matter. We respectfully request that one of the properties (# 415 NW 19th lane, Miami Florida) posted to secure Mr. Warner's bail, be released at this time. This application is made with the consent of the Government.

As your Honor is aware, Mr. Warner has been on bail for many years without incident. The property in question needs to be sold by Mr. Warner in order to assist him with his current ordinary living expenses.

Thank you for the courtesy this Court has always extended to counsel in this matter.

Respectfully

Ben Brafman

Cc via email
Samuel.nitze@ usdoj.gov